**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Oklahoma

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. **Debtor's name** | Innova Global Ltd. |

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

   ☑ Other 2019358023 . Describe identifier  Corporate Access Number .

   **For individual debtors:**

   ☐ Social Security number: xxx – xx– ___ ___ ___ ___

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**

   PricewaterhouseCoopers Inc., LIT, soley as court-appointed Receiver

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   Court of Queen's Bench of Alberta in the Judicial Centre of Calgary, Canada

5. **Nature of the foreign proceeding**

   *Check one:*

   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

| Debtor | Innova Global Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

4300 BANKERS HALL WEST
Number        Street

888 - 3RD STREET S.W.
P.O. Box

CALGARY AB T2P 5C5
City        State/Province/Region        ZIP/Postal Code

Canada
Country

Individual debtor's habitual residence:

Number        Street

P.O. Box

City        State/Province/Region        ZIP/Postal Code

Country

Address of foreign representative(s):

PricewaterhouseCoopers Inc., LIT
Number        Street

111-5th Avenue SW, Suite 3100
P.O. Box

Calgary AB T2P 5L3
City        State/Province/Region        ZIP/Postal Code

Canada
Country

**10. Debtor's website (URL)**

www.pwc.com/car/innova

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

| Debtor | Innova Global Ltd. | Case number (if known) |
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

Debtors' US operations are based in Tulsa, Oklahoma

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /s/ Paul J. Darby          Paul J. Darby, Senior V.P. of Receiver
Signature of foreign representative          Printed name

Executed on   04/03/2019
MM / DD / YYYY

✘ _____          _____
Signature of foreign representative          Printed name

Executed on   _____
MM / DD / YYYY

**14. Signature of attorney**

✘ /s/ John E. Howland          Date   04/03/2019
Signature of Attorney for foreign representative          MM / DD / YYYY

John E. Howland
Printed name

Rosenstein, Fist & Ringold
Firm name

525 S. Main, Suite 700
Number        Street

Tulsa                    OK        74103
City                    State      ZIP Code

(918) 585-9211          johnh@rfrlaw.com
Contact phone          Email address

OBA No. 4416            OK
Bar number              State

SCHEDULE A TO CHAPTER 15 PETITION

**Item 4**: Foreign proceeding in which appointment of the foreign representative(s) occurred: <u>ATB Financial v. Innova Global Ltd. et. al. Alberta Court of Queen's Bench File No. 1901-04589. Receivership Order entered April 1, 2019, by the Honorable Justice B.E.C. Romaine.</u>

**Item 8**: Others entitled to notice:

Attach a list containing the names and addresses of: (i) all persons or bodies authorized to administer foreign proceedings of the debtor, (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

See attached **Schedule A1**.

**Item 11**: Type of Debtor: Corporate Ownership Statement containing the information described in Fed. R. Bankr. P. 7007.1

**Schedule A1 Innova**

**Section 8 – Others Entitled to Notice**

1. List containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor

| | |
|---|---|
| PricewaterhouseCoopers Inc., LIT.<br>111-5th Avenue SW, Suite 3100<br>Calgary AB T2P 5L3, Canada<br>Attn: Paul J. Darby, Senior V.P. of Receiver<br>Email: paul.j.darby@ca.pwc.com | |

2. List containing the names and addresses of all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition:

3. List containing the names and addresses of all entities against whom provisional relief is being sought under §1519 of the Bankruptcy Code.  **Attached below.**

93572491.1

```
                 Attachment - Innova 4.3.2019 Creditor Matrix.txt
1938247 ALBERTA LTD.
ATTN: SHERYL PHILLIPS VICE PRESIDENT ,HR
4000 - 4TH STREET SE
SUITE 222
CALGARY, AB T2G 2W3  CANADA


22 SLATE APTS
5711 SLATE DRIVE
MADISON, WI 53718

A & B ENGRAVING, INC.
ATTN: CHARLES BOGIE
4150 S 70TH EAST AVE
TULSA, OK 74145-4605

A&M COMPRESSED AIR PRODUCTS, INC
40 INDUSTRIAL DR
UXBRIDGE, MA 01569-2279

ABSOLUTE STAINLESS INC.
530 APPLEWOOD CRESCENT, BLDG 1
CONCORD, ON L4K 4B4  CANADA

ABZ, INC.
ATTN: DAVE TONDI
4451 BROOKFIELD CORPORATE DRIVE
SUITE 107
CHANTILLY, VA 20151

ACCOUNTING PRINCIPALS, INC.
ATTN: SHERRY SUTTON
DEPT CH 14031
PALATINE, IL 60055-4031

ACCURATE FIRE EQUIPMENT CO, INC
10528 E 12TH ST
TULSA, OK 74128-4000

ADAM INTEGRATED INDUSTRIES INC
5301 40 AVENUE SE
SALMON ARM, BC V1E 1X1  CANADA

ADMIRAL EXPRESS, INC.
ATTN: PHIL SALINGUE
PO BOX 470650
TULSA, OK 74147-0650

ADVANCE ALARMS INC
PO BOX 2257
BROKEN ARROW, OK 74013

AEROTEK INC
PO BOX 198531
ATLANTA, GA 30384


AIR GAS USA LLC_CHICAGO
ATTN: DONNA ALBERTSON
P O BOX 802576
CHICAGO, IL 60680-2576

AIR PRODUCTS AND CHEMICALS, INC
ATTN: NACOLLEC
```

Attachment - Innova 4.3.2019 Creditor Matrix.txt

MAIL CODE: 5701
PO BOX 71200
CHARLOTTE, NC 28272-1200

AIRGAS USA LLC
PO BOX 676015
DALLAS, TX 75267

AIRGROUP
PO BOX 3627
BELLEVUE, WA 98009

ALBANY STEEL INC.
ATTN: DEANNA MANTICA
PO BOX 4006
ALBANY, NY 12204

ALERE TOXICOLOGY PRODUCT DISTRIBUTION CENTER
BOX 536506
PITTSBURGH, PA 15253

ALLARA ENERGY
LEVEL 21, 179 TURBOT STREET
BRISBANE, QUEENSLAND 4000   AUSTRALIA

ALLIED ELECTRONICS INC
ATTN: JENNIFER DIAZ
7151 JACK NEWELL BLVD S
P.O. BOX 2325
FORT WORTH, TX 76113

ALPINE SNOWGUARDS
289 HARELL ST
MORRISVILLE, VT 05661

AMERICAN BOILERS S.A. DE C.V.
CALLE NUEVA 1811
GUADALUPE, NUEVO LEON 67118   MEXICO

AMERICAN EQUIPMENT INC
451 WEST 3440 SOUTH
SALT LAKE CITY, UT 84115

AMERICAN WARMING AND VENTILATING
PO BOX 847062
BOSTON, MA 02284-7062

AMERIGAS PROPANE LP
PO BOX 371473
PITTSBURGH, PA 15250

AMERIGAS-5185
PO BOX 7155
PASADENA, CA 91109

AMT WELDING
PO BOX 579
ENTERPRISE, UT 84725

AON REED STENHOUSE INC
2700 - 125 9 AVE SE
CALGARY, AB T2G 0P9   CANADA

Page 2

Attachment - Innova 4.3.2019 Creditor Matrix.txt

APCO MACHINE
ATTN: ARTHUR PROULX
PO BOX 1154
STURBRIDGE, MA 01566-3154

AQUARIUS ENTERPRISES DBA/CULLIGAN OF TULSA
ATTN: SAM BROWN
CULLIGAN OF TULSA
1800 W SKELLY DRIVE
TULSA, OK 74107

ARROWHEAD WASTE SERVICES
P.O. BOX 777
ST. GEORGE, UT 84771

ASBESTOS ABATEMENT INSULATION SERVICES (AAIS) A DIVISION OF SPECTRUM ENVIRONMENTAL
LLC
102 TECHNOLOGY LANE
EXPORT, PA 15632

AT&T MOBILITY
NATIONAL BUSINESS SERVICES
PO BOX 9004
CAROL STREAM, IL 60197-9004

ATB FINANCIAL
C/O MCCARTHY TETRAULT LLP
ATTN:WALKER MACLEOD
421 ? 7TH AVENUE SW
SUITE 4000
CALGARY, AB T2P 4K9   CANADA

ATB FINANCIAL
C/O POTTER ANDERSON CORROON LLP
ATTN: JEREMY RYAN AND STEPHEN MCNEIL
1313 MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801

ATB FINANCIAL MASTERCARD
PO BOX 21063
CALGARY, AB T2P 4H5   CANADA

ATRIUM PROPERTIES
10 MAXWELL DRIVE, SUITE 102
CLIFTON PARK, NY 12065

ATS SPECIALIZED INC
ATTN: ROMELLE ANTINSON
725 OPPORTUNITY DR
PO BOX 1377
SAINT CLOUD, MN 56301-5886

ATTE DE MONTERREY SA DE CV
CARRETERA NACIONAL KM 266 LOC 27 COL PALMARES RESIDENCIAL
MONTEREY, NUEVO LEON 64897   MEXICO

AUMA ACTUATORS INC
100 SOUTHPOINTE BOULEVARD
CANONSBURG, PA 15317

AVALON BAY COMMUNITIES INC
PO BOX 11920

Attachment - Innova 4.3.2019 Creditor Matrix.txt

NEWARK, NJ 07101

AVENGER LOGISTICS, LLC
ATTN: RON HUSTON
PO BOX 16638
CHATTANOOGA, TN 37416

AZ INDUSTRIES
ATTN: MICHAEL ZENKL
LIBRAMIENTO ELISEO MENDOZA KM 2.5
MONCLOVA, COAH, COAH    MEXICO

B & V GRINDING INC.
6 BURTON ST
WORCESTER, MA 01607

BABCOCK POWER ENVIRONMENTAL INC.
C/O THE CORPRATION COMPANY
1833 S. MORGAN RD.
OKLAHOMA CITY, OK 73128

BAHNSON MECHANICAL SYSTEMS
4731 COMMERCIAL PARK COURT
CLEMMONS, NC 27012

BAKER FIRE PROTECTION, INC.
79 CANTERBURY ST
WORCESTER, MA 01603-2808

BERG-JOHNSON ASSOCIATES INC
1000 WESTGATE DR SUITE 151
SAINT PAUL, MN 55114

BERTOLDO INC
ATTN: NICK MARTONE
17 GILL STREET
WOBURN, MA 01801

BFI ENVIRONMENT PRODUCTS LTD
ATTN: CHEN LING
NO. 10, YIHENG, YONGXING EAST RD
LONGGUI VILLAGE TAIHE TOWN, BAIYUN DISTRICT, GUANGZHOU 510445   China

BOBBY J LONG
ATTN: BOBBY J LONG
214 E 3RD PENN WEST
HOLDENVILLE, OK 74848

BOEHL STOPHER GRAVES LLP
ATTN: CHARLES H. STOPHER
400 W MARKET STREET
SUITE 2300
LOUISVILLE, KY 40202

BORDER STATES INDUSTRIES INC
PO BOX 2767
FARGO, ND 58108

BOSTON DOC. SYSTEMS, INC
ATTN: BDS ACCOUNTS RECEIVABLE
P.O. BOX 52270
BOSTON, MA 52270

Attachment - Innova 4.3.2019 Creditor Matrix.txt

BRACE INTEGRATED SERVICES, INC.
ATTN: JOSE GUEVARA
14950 HEATHROW FOREST PKWY
SUITE 290
HOUSTON, TX 77032

BRADEN MANUFACTURING, L.L.C.
ATTN: JEFF TROST , PRESIDENT
5199 N MINGO ROAD TULSA
TULSA, OK 74117

BRADEN MANUFACTURING, L.L.C.
C/O CORPORATE CREATIONS, NETWORK, INC.
406 S. BOULDER
#400
TULSA, OK 74103

BRADEN PROPERTIES JV
ATTN: CHASITY BARNARD
OPTIMA COMMERCIAL REAL ESTATE SERVICES
111 S ELGIN AVENUE
TULSA, OK 74120

BRADFORD MACHINE-CAVE MANUFACTURING INC
ATTN: JIM HAYSSEN
22 BROWNE COURT
BRATTLEBORO, VT 05301

BRAND EXPORT PACKING OF OKLAHOMA INC
ATTN: KEVIN SHOEMAKER
2751 E APACHE ST
TULSA, OK 74110

BRAND-GAUS LLC
2907 APPENNINI COVE
CEDAR PARK, TX 78613

BRENNAN INDUSTRIAL CONTRACTORS INC
ATTN: TODD SCARPONE
337 BRERGEN AVE
KEARNY, NJ 07032

BRENTWOOD INDUSTRIES, INC
ATTN: ACCOUNTS RECEIVABLE
500 SPRING RIDGE DRIVE
READING, PA 19640

BROCK WHITE CANADA ULC
7678 132 STREET
SURREY, BC V3W 4M9   CANADA

BROKEN ARROW ELECTRIC SUPPLY
ATTN: STEVE VELASQUEZ
2350 W VANCOUVER ST
BROKEN ARROW, OK 74012-1172

BTO TRADING LTD
ATTN: LUCY CHEN
SUITE 1701 - 02A 17/F
625 King;s Road
NORTH POINT,    HONG KONG

BUNDY TRUCKING INC

Attachment - Innova 4.3.2019 Creditor Matrix.txt

PO BOX 1177
ST. GEORGE, UT 84771

BUYWYZ LLC UTAH
1150 E RIVERSIDE DR #910542
ST GEORGE, UT 84791

C. E. THURSTON & SONS, INC.
ATTN: PJ DONAHUE
PO BOX 10286
NORFOLK, VA 23502

CADCO INC
77 ERIE VILLAGE SQUARE UNIT 184
ERIE, CO 80516

CAMBRIDGE PRO FAB INC.
ATTN: CHERYL STRANG
84 SHAVER STREET
BRANTFORD, ON N3S 0H4  Canada

CAPITAL LIGHTING & SUPPLY LLC DBA CAPITAL ELECTRIC
PO BOX 404749
ATLANTA, GA 30384

CARBOLINE
PO BOX 931942
CLEVELAND, OH 44193-0004

CARBOLINE COMPANY
PO BOX 931942
CLEVELAND, OH 44193

CAROLINA READY MIX & BUILDERS SUPPLY LLC
606 OLD US 70
SWANNANOA, NC 28778

CCI FLUID KINETICS CORPORATION
1108 INDUSTRIAL ROAD
WINFIELD, KS 67156

CENTRAL OCEANS USA LLC
698 BERKMAR CIRCLE
CHARLOTTESVLE, VA 22901

CHARLES P. LAUMAN CO., INC
ATTN: JANICE VALLEE
9 WALKUP DRIVE
WESTBOROUGH, MA 01581

CHARTER COMMUNICATIONS
ATTN: BOB JETTE
PO BOX 60187
LOS ANGELES, CA 90060-0187

CIGNA
2700 POST OAK BLVD SUITE 700
HOUSTON, TX 77056

CINCINNATI INC
PO BOX 44719
MADISON, WI 53744-4719

Attachment - Innova 4.3.2019 Creditor Matrix.txt

CINDER CO
PO BOX 619
PLEASANT GROVE, UT 84062

CINTAS
ATTN: ACCOUNTS RECEIVABLE
PO BOX 630803
CINCINNATI, OH 45263-0803

CINTAS CORPORATION NO.2
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88005


CHICAGO, IL 60680-1005

CITY ELECTRIC SUPPLY COMPANY
AND STELCO ELECTRIC, LLC
GREENSBORO, NC 27415

CITY OF ST GEORGE
175 EAST 200 NORTH
ST GEORGE, UT 84770

CITY WIDE OF BOSTON
ATTN: SHEILA GAFFEY
11 MAIN STREET
SUITE 12

SOUTHBOROUGH, MA 01772

CLARK RELIANCE
PO BOX 536097
PITTSBURGH, PA 15253

CLEAN SWEEP JANITORIAL, INC
ATTN: JOE HART
P. O. BOX 702705
TULSA, OK 74170

CMC TIRE INC STG
818 W RIVERSIDE AVE SUITE 520
SPOKANE, WA 99201

COMCAST
PO BOX 1577
NEWARK, NJ 07101

COMMODITY PRODUCTS CO INC
206 CHANTILLY DRIVE
WEST MONROE, LA 71291

CONN KAVANAUGH ROSENTHAL PEISCH & FORD LLP
ONE FEDERAL STREET 15TH FLOOR
BOSTON, MA 02110

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC
PO BOX 207082
DALLAS, TX 75320

CONSORCIO INDUSTRIAL TECNOLOGIAS S.A. DE C.V.
CARRETERA MONTERREY-MONCLOVA KM. 11.5
EL CARMEN, NUEVO LEON 66550  MEXICO

Attachment - Innova 4.3.2019 Creditor Matrix.txt

COPY WORLD BUSINESS SOLUTIONS
PO BOX 33210
ACCT# DC1174
TULSA, OK 74153

CORMETECH, INC
11707 STEELE CREEK ROAD
CHARLOTTE, NC 28273

CORPORATE CREATIONS
11380 PROSPERITY FARMS ROAD
#221-E
PALM BEACH GARDENS, FL 33410

COR-RAY PAINTING CO
10114 SHOEMAKER AVENUE
SANTA FE SPRINGS, CA 90670

CORT BUSINESS SERVICES
PO BOX 17401
BALTIMORE, MD 21297-1401

COUNTY HEAT TREAT
PO BOX 330
32 HOWE AVENUE
MILLBURY, MA 01527-0330

COX COMMUNICATIONS, INC
PO BOX 248876
OKLAHOMA CITY, OK 73124-8876

CRAWFORD CONSULTING SERVICES
511 WATER STREET
APT. 201
DAYTON, OH 45402

CREATIVE DESIGN CONCEPTS, LLC
ATTN: LARRY KENNY
104 HUBBARD HILL RD
RINDGE, NH 03461-5841

CROWELL & MORING LLP
ATTN: ARTHUR S. BEEMAN
3 EMBARCADERO CENTER
26TH FLOOR
SAN FRANCISCO, CA 94111

CRS CRANESYSTEMS INC
333 STRATHMOOR WAY
SHERWOOD PARK, AB T8H 1Z7   CANADA

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

CURTIS STEEL CO INC
4565 WYNN RD
LAS VEGAS, NV 89103

DARWIN WHISENHUNT

Attachment - Innova 4.3.2019 Creditor Matrix.txt

DATA STORAGE INC
ATTN: DATA STORAGE INC
7201 E 38TH ST
SUITE 7261
TULSA, OK 74145

DAV-TECH PLATING, INC.
ATTN: SUE BITZAS
PO BOX 836
MARLBOROUGH, MA 01752

DDJ INSPECTION SERVICES LLC
860 EAST FLORIDA SADDLE DDRIVE
GREEN VALLEY, AZ 85614

DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41602
PHILADELPHIA, PA 19101-1602

DEE TECH SERVICES LIMITED
CLWYD CLOSE, HAWARDEN INDUSTRIAL PARK
HAWARDEN, FLINTSHIRE CH5 3PZ   UNITED KINGDOM

DENNIS SAWVEL
15001 E 110TH PL N
OWASSO, OK 74055

DESHAZO LLC
PO BOX 11407
BIRMINGHAM, AL 35246

DIAMOND MANUFACTURING CO.
ATTN: JUDY BLAINE
243 W 8TH ST
PO BOX 4174
WYOMING, PA 18644-1699

DIAMOND TECHNICAL SERVICE/DIV BENCHMARK INDUST.
11 DEPOT STREET
SOUTH GRAFTON, MA 01560

DIGGINS INC.
1278 GLENNEYRE #102
LAGUNA BEACH, CA 92651

DIRENZO TOWING & RECOVERY
ATTN: TARA SZKUTAK
PO BOX 52
MILLBURY, MA 01527

DIVERSIFIED INDUSTRIAL PRODUCTS
ATTN: CAMMY GROSSO
14 CONNOR LANE
DEER PARK, NY 11729

DJB GAS SERVICES INC
PO BOX 1811
SALT LAKE CITY, UT 84110

DLHI CO. LTD.
152-21, OEGUKGIEOP-RO, SANAM-MYEON
SACHEON-SI, GYEONGSANGNAM-DO 52530   KOREA, REPUBLIC OF

Attachment - Innova 4.3.2019 Creditor Matrix.txt

DOMINION ENERGY
PO BOX 45841
SALT LAKE CITY, UT 84139

DONALD GABRIEL
458 BALD HILL ROAD
NEW GLOCESTER, ME 04260

DRESSER LLC
12970 NORMANDY BLVD
JACKSONVILLE, FL 32221

DUFFELL, WILLIAM E
136 41ST AVE NW
CALGARY, AB T2K 0G6   CANADA

DUNCAN BOLT COMPANY
PO BOX 845542
LOS ANGELES, CA 90084

DUNCAN CO
425 HOOVER STREET NE
MINNEAPOLIS, MN 55413

DUO-FAST NORTHEAST
PO BOX 280127
EAST HARTFORD, CT 06128-0127

DYNAMIC FASTENER
9911 E 53 STREET
KANSAS CITY, MO 64133

ECO SERVICES OPERATIONS LLC
PO BOX 5370
HOUSTON, TX 77262

ELECTRO DESIGN ENGINEERING, INC.
ATTN: PHYLLIS CHAPMAN
8133 EAGLE PALM DRIVE
RIVERVIEW, FL 33578

EMW FILTERTECHNIK GMBH
WERNER-VON-SIEMENS STREET 7-9/13
DIEZ,  65582  GERMANY

ENERGY HARDWARE HOLDINGS, LLC
ATTN: V. LOPEZ
C/O PNC BANK
PO BOX 534560

ATLANTA, GA 30353-4560

EQUIPMENT CORPS INC
1256 ARVIN AVE
STONEY CREEK, ON L8E 0H7   CANADA

ERA WIRE, INC.
ATTN: KATHERINE RAE
19-25 LOCUST STREET
WEST HAVEN, CT 06516

ERW, INC.
ATTN: PAULA FOSTER

Attachment - Innova 4.3.2019 Creditor Matrix.txt

PO BOX 431
PUTNAM, CT 06260

EURE CAPITAL LLC
5504 VILLAGE CREEK PARKWAY NORTH
BROOKLYN PARK, MN 55443

EVERSOURCE ENERGY (NSTAR GAS)
PO BOX 660753
DALLAS, TX 75266-0369

EXT, INC.
ATTN: BEV (BEV @ EXT)
1324 KEARNEY RD
EXCELSIOR SPRINGS, MO 64024-1759

FABENCO
2002 KARBACH ST
HOUSTON, TX 77092-8406

FABENCO INC
2002 KARBACH STREET
HOUSTON, TX 77092-8481

FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286

FASTENAL MEXICOS DE RL DE CV
LIBRAMIENTO NORESTE KM 33.5 PARQUE INDUSTRIAL GP. COLONIA NUEVA CASTILLA
ESCOBEDO, NUEVO LEON 66052   MEXICO

FEDERAL EXPRESS CANADA LTD.
PO BOX 371461
PITTSBURGH, PA 15250-7461

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

FEDEX FREIGHT
PO BOX 223125


PITTSBURGH, PA 15251-2125

FERGUSON ENTERPRISES INC.
PO BOX 802817
CHICAGO, IL 60680-2817

FIBRE CAST INC
3264 MAINWAY
BURLINGTON, ON L7M 1A7   CANADA

FIRE BRICK ENGINEERS COMPANY
PO BOX 341278
MILWAUKEE, WI 53234

FIRWIN CORP.
1685 FLINT ROAD
NORTH YORK, ON M3J 2W8   CANADA

FLEX FLEET RENTAL LLC

Page 11

Attachment - Innova 4.3.2019 Creditor Matrix.txt

1885 W 21001 S SUITE 250
SALT LAKE CITY, UT 84119

FMCT CONSULTING LLC
1862 PRINCETON DRIVE
LOUISVILLE, KY 40205

FORTACERO SA DE CV
BLVD. CARLOS SALINAS DE GORTARI
APODACA, NUEVO LEON 66600  MEXICO

FREEDOM RUBBER LLC
ATTN: VINCENT BLOND
3081 WEST ALBANY
UNIT 103

BROKEN ARROW, OK 74012

FREEDOM RUBBER, LLC.
3081 WEST ALBANY, SUITE #103
BROKEN ARROW, OK 74012

FREHNER BEARING SUPPLY INC
389 N INDUSTRIAL RD #10
ST GEORGE, UT 84770

FUCICH LLC
ATTN: BARBARA CROWE
PO BOX 4015
BAY ST LOUIS, MS 39521-4015

GAUMER COMPANY INC
13616 HEMPSTEAD
HOUSTON, TX 77040

GEOINSIGHT, INC.
ATTN: JANET BROOKS
186 GRANITE ST BSMT 3
3RD FLOOR, SUITE A

MANCHESTER, NH 03101-2643

GEROME TECHNOLOGIES INC
ATTN: MICHELLE PETERS
85 BROADWAY
MENANDS, NY 12204

GIBSON, ASHLEY
44 BRANT RD N
CAMBRIDGE, ON N1S 2W2  CANADA

GLOBAL CONSULTING AND MECHANICAL SERVICES LLC
256 FM 250 S
HUGHES SPRINGS, TX 75656

GOLDEN EMPIRE MFG INC
1025 N WATERY LN
BRIGHAM CITY, UT 84302

GOOD AS GOLD COFFEE SYSTEMS, INC
ATTN: PAT GOLDMAN
115 GREEN ST
WORCESTER, MA 01604-4123

Attachment - Innova 4.3.2019 Creditor Matrix.txt

GP EAST, LLC
ATTN: JULIE MURDOCH
129 N 10TH ST
CAPITOL HALL
LINCOLN, NE 68508

GRAINGER
PO BOX 419267
DEPT 811177120
KANSAS CITY, MO 64141-6267

GRAYBAR ELECTRIC
ATTN: STEPHANIE MANCUSO
PO BOX 414426
BOSTON, MA 02241-4426

GREAT AMERICA FINANCIAL SERVICES CORPORATION
PO BOX 660831
DALLAS, TX 75266

GREAT LAKES INDUSTRIAL CONTROLS
880 UPPER CANADA DRIVE
CLEARWATER, ON N7W 1A4   CANADA

GREEN COUNTRY SHREDDING & RECYCLING
PO BOX 52036
TULSA, OK 74152-0036

GREEN COUNTRY VENDOR, INC.
ATTN: AARON NEVEU
4146 SOUTH 70TH EAST AVENUE
TULSA, OK 74145

GUANGZHOU DELSUN STEEL CO LTD
ATTN: MAGGIE LIN
3 JINXIU ROAD WEST SECTION OF GUANGZHOU
ECONOMIC & TECHNICAL DEVELOPMENT DISTRICT
GUANGZHOU, GUANGDONG PROVINCE    CHINA

GUANGZHOU DELSUN STEEL STRUCTURE CO. LTD.
3 JINXIU ROAD
GUANGZHOU, GUANGZHOU 510730   CHINA

H.G. FLAKE SUPPLY COMPANY
ATTN: DAVE STORMS
14113 E APACHE ST
TULSA, OK 74116-1410

HARPENAU POWER & PROCESS INC
11370 STRANG LINE ROAD
LENEXA, KS 66215

HAYDEN CORPORATION
333 RIVER ST
WEST SPRINGFIELD, MA 01089-3603

HAZTEK INC
143 MEDFORD MT HOLLY ROAD
MEDFORD LAKES, NJ 08055

HIGH DESERT SUPPLY
46 NORTH 900 EAST

```
                Attachment - Innova 4.3.2019 Creditor Matrix.txt
ST GEORGE, UT 84770

HILTI INC
PO BOX 650756
DALLAS, TX 75265

HOLLINGSWORTH & VOSE COMPANY INC
ATTN: EARL BRANCH
PO BOX 416392
BOSTON, MA 02241

HOLLIS LINE MACHINE CO INC
ATTN: SCOTT MAHONEY
295 SOUTH MERRIMACK RD
HOLLIS, NEW HAMPSHIRE 03049

HOLZ RUBBER COMPANY, INC.
ATTN: JOHN PARDEE
1129 S SACRAMENTO ST
LODI, CA 95240-5701

HOOPER CORPORATION
PO BOX 88866
MILWAUKEE, WI 53288

HOWELL MACDUFF CO., INC.
ATTN: PAT MCCULLEY
PO BOX 759
BOYLSTON, MA 01505-0759

HRST INCORPORATED
6557 CITY WEST PARKWAY
EDEN PRAIRIE, MN 55344

HT ENGINEERS
411 W 7200 S #301
MIDVALE, UT 84047

HYPERSHELL CONSULTANTS INC.
740 GALT WEST STREET
SHERBROOKE, QC J1H 1Z3  CANADA

HYPERSHELL CONSULTANTS, INC.
ATTN: FRANCOIS CARRIER
740 GALT WEST
SUITE 401
SHERBROOKE, QUEBEC J1H 1Z3  CANADA

HYPERSHELL INDUSTRIES, INC.
ATTN: FRANCOIS CARRIER
740 GALT WEST
SUITE 401
SHERBROOKE, QUEBEC J1H 1Z3  CANADA

II-VI INFRARED, A DIV OF II-VI INC
ATTN: CONNIE CHEPELSKY
II-VI INFRARED, A DIV OF II-VI INC
375 SAXONBURG BOULEVARD
SAXONBURG, PA 16056

IMAGE SOLUTIONS LLC
12 NATIONAL AVENUE
FLETCHER, NC 28732
```

Attachment - Innova 4.3.2019 Creditor Matrix.txt

IMS MASONRY INC.
335 SOUTH 1250 WEST
LINDON, UT 84042

IMS STEEL CORP
1903 S 4370 W
SALT LAKE CITY, UT 84104

INDEECO
PO BOX 638472
CINCINNATI, OH 45263

INDUSTRIAL PIPING PRODUCTS INC
PO BOX 27395
SALT LAKE CITY, UT 84127

INDUSTRIAL RUBBER SPECIALTIES, INC.
P.O. BOX 37
HICKORY, NC 28603

INDUSTRIAS METALICAS DE MONCLOVA S.A. DE C.V.
LIBRAMIENTO CARLOS SALINAS DE GORTARI KM 0.4
MONCLOVA, COAHUILA 25830   MEXICO

INDUSTRIAS METALICAS DE MONCLOVA SA DE CV
ATTN: DIANA OLIVARES
LE MANZ 900 COLONIA GUADALUPE
MONCLOVA, COAHUILA 25750   MEXICO

INFOSIGHT CORPORATION
PO BOX 5000
CHILLICOTHE, OH 45601

INNOVA GLOBAL HOLDINGS LIMITED PARTNERSHIP
ATTN: SHERYL PHILLIPS VICE PRESIDENT ,HR
4000 - 4TH STREET SE
SUITE 222
CALGARY, AB T2G 2W3   CANADA

INNOVA GLOBAL INC
222 4000 4 STREET SE
CALGARY, AB T2G 2W3   CANADA

INNOVA GLOBAL INC.
C/O THE CORPORATION COMPANY
1833 S. MORGAN RD.
OKLAHOMA CITY, OK 73128

INNOVA GLOBAL INC. . (FORMERLY AEM EMISSIONS MANAGEMENT INC., FORMERLY ATCO
EMISSIONS MANAGEMENT INC.)
ATTN: SHERYL PHILLIPS VICE PRESIDENT ,HR
4000 - 4TH STREET SE
SUITE 222
CALGARY, AB T2G 2W3   CANADA

INNOVA GLOBAL LIMITED PARTNERSHIP
ATTN: SHERYL PHILLIPS VICE PRESIDENT ,HR
4000 - 4TH STREET SE
SUITE 222
CALGARY, AB T2G 2W3   CANADA

Attachment - Innova 4.3.2019 Creditor Matrix.txt

INNOVA GLOBAL LLC
C/O THE CORPORATION TRUST COOMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

INNOVA GLOBAL LLC (FORMERLY AEM NOISE MANAGEMENT LLC, FORMERLY ATCO NOISE MANAGEMENT
LLC)
ATTN: SHERYL PHILLIPS VICE PRESIDENT ,HR
4000 - 4TH STREET SE
SUITE 222
CALGARY, AB T2G 2W3   CANADA

INNOVA GLOBAL LTD.
ATTN: SHERYL PHILLIPS VICE PRESIDENT ,HR
4000 - 4TH STREET SE
SUITE 222
CALGARY, AB T2G 2W3   CANADA

INNOVA GLOBAL OPERATING LTD.
ATTN: SHERYL PHILLIPS VICE PRESIDENT ,HR
4000 - 4TH STREET SE
SUITE 222
CALGARY, AB T2G 2W3   CANADA

INNOVA GLOBAL ST. GEORGE STEEL DIVISION
ATTN: GUY MATTHEWS
1301 E. 700 N
ST. GEORGE, UT 84770

INNOVATIVE CONTROL SOLUTIONS INC.
1500 PRECISION DRIVE, SUITE 150
PLANO, TX 75074

INOVAR PACKAGING GROUP, INC
ATTN: DIAN MACK
10470 MILLER ROAD
DALLAS, TX 75238

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL CUSTOM CONTROLS LLC
ATTN: BILL PEPPER
PO BOX 1186
SAPULPA, OK 74067

INTERNATIONAL PAINT, INC.
ATTN: RAHUL SHARMA
PO BOX 847202
DALLAS, TX 75284-7202

INTERTEK TESTING SERVICES NA INC
ATTN: TIMOTHY BUTLER
PO BOX 405176
ATLANTA, GA 30384-5176

INTSEL STEEL DISTRIBUTORS
PO BOX 301212
DALLAS, TX 75303

IPC LYDON LLC

Page 16

Attachment - Innova 4.3.2019 Creditor Matrix.txt

284 BODWELL STREET
AVON, MA 02322

J & G STEEL CORPORATION
ATTN: AMMIE GAYLOR
2429 INDUSTRIAL ROAD
SAPULPA, OK 74066

J & M STEEL ERECTORS LLC
PO BOX 442
DURHAM, CT 06422

J.J. BAFARO, INC
PO BOX 943
WORCESTER, MA 01613-0943

JACKSON STEEL INC.
3000 ASHEVILLE HIGHWAY
HENDERSONVILLE, NC 28791

JATASCO, INC
EADS DISTRIBUTION LLC
DALLAS, TX 75373

JEFF TROST
ATTN: N. JEFFREY TROST
15611 N 102 E AVE
COLLINSVILLE, OK 74021

JEFFREY ADKINS
ATTN: JEFFREY ADKINS
2349 W IRONWOOD DR
CHANDLER, AZ 85224

JENKINS OIL - CEDAR CITY
PO BOX 1356
CEDAR CITY, UT 84721

JESSE BUSINESS SOLUTIONS LTD
SUITE 2003B, 20/F
TOWER 5
33 CANTON ROAD
TSIM SHA TSUI, KOWLOON   HONG KONG

JOHNSON CONTROLS FIRE PROTECTION LP
8901 HWY 87
LUBBOCK, TX 79423

JOHNSON CONTROLS SECURITY SOLUTIONS LLC
ATTN: CUSTOMER SERVICE
PO BOX 371967
PITTSBURGH, PA 15250-7967

JOHNSON, JIM
SUITE 300 73 WATER STREET
CAMBRIDGE, ON N1R 7L6   CANADA

JONAS INC
4313 NEBRASKA COURT
POMFRET, MD 20675

JONES DAY
ATTN: DAVID WALLACH

Attachment - Innova 4.3.2019 Creditor Matrix.txt
555 CALIFORNIA ST.
26TH FLOOR
SAN FRANCISCO, CA 94104

JONES PAINT & GLASS - ST GEORGE
122 S 1200 E
ST GEORGE, UT 84790

JS TECHWIN
ATTN: KI HOON CHUNG
216HO, 2 DONG, LSRO 92, DONGANGU
DONGANKU, ANANGSI, KYUNGKIDO 14117   SOUTH KOREA

JSC ENGINEERS
128 NW NUTALL DR
LEES SUMMIT, MO 64081

KDC INC DBA DYNALECTRIC
4462 CORPORATE CENTER DRIVE
LOS ALAMITOS, CA 90720

KETIV TECHNOLOGIES OF CALIFORNIA INC.
3010 SATURN STREET, #100
BREA, CA 92821

KHMHE
ATTN: HEE-ZOO JIN
#878-1, MAHEUL-RI
MUAN-MYEON
MIRYANG-SI
GYEONGSANG,    KOREA SOUTH

KING OF FREIGHT, LLC
ATTN: WHITNEY COCHRAN
110 S MAIN STREET
SUITE 300

WICHITA, KS 67202

KONECRANES
1040 SUTTON DRIVE
BURLINGTON, ON L7L 6B8   CANADA

KPMG LLP
PO BOX 4348, STATION A
TORONTO, ON M5W 7A6   CANADA

L. A. KING CORP
ATTN: STEPHANIE
320 N BOSTON AVE
TULSA, OK 74103-1620

LAKE POWELL NEWSPAPERS INC
PO BOX 1716
PAGE, AZ 86040

LASER COMPANY (AHMED M. ZAYTOON)
ATTN: AHMED ZAYTOON
PO BOX 42676
SECOND INDUSTRIAL CITY, RIYADH   UNITED ARAB EMIRATES

LATHAM & WATKINS LLP
PO BOX 7247-8181

Attachment - Innova 4.3.2019 Creditor Matrix.txt

PHILADELPHIA, PA 19170

LAWRENCE METAL FORMING INC
PO BOX 2215
PEABODY, MA 01960-7215

LETOURNEAU A J INC.
PO BOX 70573
WORCESTER, MA 01607-0573

LETTERS EXPRESS INC, DBA WORLDWIDE EXPRESS
ATTN: KATHY TIRITILLI
WORLDWIDE EXPRESS
29228 NETWORK PLACE
CHICAGO, IL 60673

LINK CORPORATION
380 SHELDON DRIVE UNIT 6
CAMBRIDGE, ON N1T 1A9   CANADA

LIVINGSTON INTERNATIONAL INC
PO BOX 2168
VANCOUVER, BC V6B 4R5   CANADA

LMB (NEWCASTLE) ELECTRICAL ENGINEERING LTD
UNIT 1D PEGSWOOD INDUSTRIAL ESTATE
MORPETH,   NE61 6HZ   UNITED KINGDOM

LYNN MANUFACTURING, INC.
ATTN: LORI FOLEY
15 MARION STREET
LYNN, MA 01905

M&C TECHGROUP NORTH AMERICA
6019 OLIVAS PARK DRIVE SUITE G
VENTURA, CA 93003

M.T. LOGISTICS
91 BURNETT AVE


CAMBRIDGE, ON N1T 1J7   CANADA

MACO ENTERPRISES INC
7806 6TH LINE
DRAYTON, ON N0G 1P0   CANADA

MADEXCO DRAFTING SERVICES, INC.
ATTN: MARK MADDEN
26752 DUCK POND DRIVE
CLAREMORE, OK 74019

MAILRUN COURIER SERVICE
ATTN: CYNTHIA HARTMAN
PO BOX 21228 DEPT 197
TULSA, OK 74121

MALTSBERGER INDUSTRIAL
PO BOX 298
CLEVELAND, OK 74020-0298

MANAGEMENT SYSTEM SOLUTIONS LIMITED
BLYTH CEC RIDLEY STREET

Attachment - Innova 4.3.2019 Creditor Matrix.txt
BLYTH, ENGLAND NE24 3AG   UNITED KINGDOM

MARCO, INC.
PO BOX 660831
DALLAS, TX 75266-0831

MARCUS DUNLAP
ATTN: MARCUS DUNLAP
5199 N MINGO ROAD
TULSA, OK 74117

MARMON KEYSTONE LLC
PO BOX 96657
CHICAGO, IL 60693

MATTHEW KESSLER
745 16TH STREET NE
SALEM, OR 97301

MBCI METAL ROOF AND WALL SYSTEMS
PHOENIX
TOLLESON, AZ 85353

MCAFEE & TAFT
10TH FLOOR, TWO LEADERSHIP SQUARE
OKLAHOMA CITY, OK 73102-7103

MCMASTER CARR SUPPLY CO
ATTN: MCMASTER CARR
PO BOX 7690
CHICAGO, IL 60680-7690

MCMASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO, IL 60680-7690

MCNICHOLS COMPANY
PO BOX 101211
ATLANTA, GA 30392-1211

MCPHEE ELECTRIC LTD
505 MAIN STREET
FARMINGTON, CT 06032

MERIDIAN INDUSTRIAL GROUP
529 S EAST ST
HOLYOKE, MA 01040-6005

MICHAEL BUSACK
ATTN: MICHAEL BUSACK

MIDDLETON REUTLINGER
ATTN: ELISABETH S GRAY
401 S. 4TH STREET
SUITE 2600
LOUISVILLE, KY 40202

MIDWEST EXPANDED METAL, INC.
ATTN: DAN HANSON
301 INDUSTRIAL BLVD
WACONIA, MN 55387-1766

Attachment - Innova 4.3.2019 Creditor Matrix.txt

MIDWEST MANUFACTURA Y DISTRIBUCION DE
MONTERREY, SA DE CV
ADODACA, NUEVO LEON 66634   MEXICO

MIDWEST TOXICOLOGY SERVICES
603 E WASHINGTON STREET SUITE 200
INDIANAPOLIS, IN 46204

MIRATECH - KNOXVILLE
201 PERIMETER PARK RD SUITE A
KNOXVILLE, TN 37922

MKK CONSULTING ENGINEERS INC
IMEG
ROCK ISLAND, IL 61201

MOBILE MINI
P.O. BOX 79149
PHOENIX, AZ 85062-9149

MOBILE MODULAR
ATTN: CHARLENE DILLEY
PO BOX 45043
SAN FRANCISCO, CA 94145

MODULAR SPACE CORPORATION
12603 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

MORGAN ADVANCED MATERIALS
1185 WALKERS LINE
BURLINGTON, ON L7M 1L1   CANADA

MORSE ELECTRIC INC
500 W SOUTH ST
FREEPORT, IL 61032

MOUNTAIN WEST PIPE AND SUPPLY
3001 SOUTH 300 WEST
SOUTH SALT LAKE, UT 84115

MPHS INC
10941 DAY RD
HOUSTON, TX 77043

MSC INDUSTRIAL SUPPLY CO INC
PO BOX 953635
SAINT LOUIS, MO 63195-3635

MUNTERS CORP.
ATTN: JUNE HAMEL
DEPT CH 19927
PALATINE, IL 60055-9927

MUNTERS CORPORATION
210 6TH ST SE
FORT MYERS, FL 33907

MYERS-AUBREY
ATTN: LORI LENHART
PO BOX 470370
TULSA, OK 74147-0370

Attachment - Innova 4.3.2019 Creditor Matrix.txt

```
NATIONAL GRID
ATTN: ACCOUNTS PAYABLE
PO BOX 11737
NEWARK, NJ 07101-4737

NEPONSET CONTROLS INC
71 ELM ST STE 1
FOXBORO, MA 02035-2519

NES GLOBAL LLC
ONE MEMORIAL CITY PLAZA
800 GESSNER DRIVE
SUITE 300
HOUSTON, TX 77024

NEW ENGLAND INDUSTRIAL TRUCK INC
ATTN: DEBBIE QUEEN
28519 NETWORK PLACE
CHICAGO, IL 60673-1285

NEW MILFORD LUMBER
ATTN: THALIA ROSALES
PO BOX 185
CHELSEA, NY 12512-0185

NORTHEAST CONTROLS INC
ATTN: PAM PATRICK
3 ENTERPRISE AVE
CLIFTON PARK, NY 12065-3423

NORTHEAST WHOLESALE LUMBER
ATTN: E PIXLEY
PO BOX 15207
SPRINGFIELD, MA 01115-5207

NORTHSTAR STEEL & ALUMINUM INC
ATTN: NIKKI SOSNICK
P O BOX 4886
MANCHESTER, NH 03103

NORTON ROSE FULBRIGHT CANADA LLP
ATTN: HOWARD GORMAN AND JOHN CASSELL
400 3RD AVENUE SW
SUITE 3700
CALGARY, AB T2P 4H2   CANADA

NOVASPECT INC
PO BOX 7621
CAROL STREAM, IL 60197

NUTEC FIBRATEC SA DE CV.
BLVD   INDUSTRIAS
S/COL ONIA

RAMOS ARIZPE, COAHUILA 25900   MEXICO

NXTNANO, LLC
ATTN: KARIN ROEPER
2201 EL ANDERSON BLVD.
CLAREMORE, OK 74017

OBSUWAN, PREECHA
199/9 M. 4 TAMBOL SAMNUKTON
```

```
                    Attachment - Innova 4.3.2019 Creditor Matrix.txt
BANCHANG, RAYONG 21130   THAILAND

OFFICE DEPOT, INC
ATTN: BONNIE KNUTZ
PO BOX 633204
CININNATI, OH 45263-3204

OFFICE OF THE US TRUSTEE
224 S. BOULDER AVENUE
SUITE 225
TULSA, OK 74103

OK FILTER COMPANY INC.
14602 CLEAN AIR DR
TULSA, OK 74116-2645

OKLAHOMA EMPLOYMENT SECURITY COMMISSION
PO BOX 53039
OKLAHOMA CITY, OK 73152-3039

OKLAHOMA EMPLOYMENT SECURITY COMMISSION (505(B) REQUESTS)
ATTN: LEGAL DEPARTMENT
PO BOX 53039
OKLAHOMA CITY, OK 73152-3039

OKLAHOMA TAX COMMISSION
ATNN: GENERAL COUNSEL'S OFFICE
100 N. BROADWAY AVE.
SUITE 1500
OKLAHOMA CITY, OK 73102-5601

OLYMPIA INTERNATIONAL INC
4203 PAN AMERICAN
LAREDO, TX 78042-6836

OLYMPIA INTERNATIONAL, INC.
ATTN: DANNY VELASQUEZ
4203 PANAMERICAN BLVD
LAREDO, TX 78045

O'NEAL INDUSTRIES
ATTN: TOM COMBS
PO BOX 934502
ATLANTA, GA 31193-4502

ORADELL CONSTRUCTION COMPANY INC
37 WOODLAND ROAD SUITE 3
ROSELAND, NJ 07068

OSTACHE, IULIAN
SUITE 300 73 WATER STREET N
CAMBRIDGE, ON N1R 7L6   CANADA

OVERHEAD DOOR COMPANY
3291 PEORIA STREET
AURORA, CO 80010

OWI CONTRACTORS LLC
1681 BARNUM AVENUE SUITE 2
STRATFORD, CT 06614

PAC-VAN INC.
75 REMITTANCE DRIVE - SUITE 3300
```

Page 23

Attachment - Innova 4.3.2019 Creditor Matrix.txt

CHICAGO, IL 60675

PAGE INDUSTRIAL SUPPLY
PO BOX 90 SLC
SALT LAKE CITY, UT 84119

PBI, INC.
123 SWEETEN CREEK ROAD, SUITE A
ASHEVILLE, NC 28803

PDM STEEL
4475 ALTO AVE
LAS VEGAS, NM 89115

PENN STAINLESS PRODUCTS
ATTN: JIM SULGER
190 KELLY ROAD
QUAKERTOWN, PA 18951

PERFORMANCE CONTRACTING INC
PO BOX 872346
KANSAS CITY, MO 64187

PERFORMANCE DIESEL INC
687 N INDUSTRIAL RD
ST GEORGE, UT 84770

PETERSON STEEL CORPORATION
61 WEST MOUNTAIN ST
WORCESTER, MA 01606

PLANT EQUIPMENT INC
12869 INDUSTRIAL PARK BLVD
PLYMOUTH, MN 55441

POLYONE CORPORATION
ATTN: MERCEDES MCCLELLAN
PO BOX 121176
DEPT 1176
DALLAS, TX 75312-1176

PPG ARCHITECTURAL FINISHES INC
PO BOX 676340
DALLAS, TX 75201

PRECISION FITTING & GAUGE CO.
ATTN: LARRY MCFALL
DEPT. 3653
TULSA, OK 74182-0001

PRE-FAB BUILDERS, INC
3006 E. CORONADO AVENUE
ANAHEIM, CA 92806

PREFERRED SHIPPING INC
ATTN: JERRY ROCKWELL
12835 JESS PIRTLE BLVD.
SUGARLAND, TX 77478

PRICEWATERHOUSECOOPERS INC.
ATTN: PAUL DARBY
111-5TH AVENUE SW
SUITE 3100

Page 24

Attachment - Innova 4.3.2019 Creditor Matrix.txt
CALGARY, AB T2P 5L3   CANADA

PSE&G
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

PURECOAT NORTH LLC
ATTN: DAISY RODRIGUEZ
PO BOX 4406
WEST PALM BEACH, FL 33402-4406

QUALITY FASTENER PRODUCTS
ATTN: FRED BETTI
276 BOSTON TURNPIKE
SHREWSBURY, MA 01545

QUEST ENGINEERING
2300 EDGEWOOD AVE S
MINNEAPOLIS, MN 55426

RAUCH, BRENT
93 SOMERSET MANOR SW
CALGARY, AB T2Y 3V8   CANADA

RAY ENGINEERING CO INC
1 PARK DR STE 15
WESTFORD, MA 01886-3535

REGAL INDUSTRIAL CORP
PO BOX 291
DONORA, PA 15033

RESCUE HEAT & AIR
ATTN: TOM HUNT
22177 S 4150 ROAD
CLAREMORE, OK 74019

REXEL
ATTN: REMITTANCE ADVICE
PO BOX 844519
DALLAS, TX 75284

RICHMOND COUNTY WATER DEPARTMENT
PO BOX 127
ROCKINGHAM, NC 28380

RIVERFRONT MACHINE, INC.
ATTN: JOHN ZURLIENE
6B WOLFER INDUSTRIAL PARK
SPRING VALLEY, IL 61362-9702

RME ASSOCIATES INC.
ATTN: EM MOHAMMED
PO BOX 20358


BRADENTON, FL 34204

ROBERT MCGINTY
27783 ROTA
MISSION VIEJO, CA 92692

ROBERTSON BUILDING SYSTEMS LTD

Attachment - Innova 4.3.2019 Creditor Matrix.txt

1343 SANDHILL DR
ANCASTER, ON L9G 4V5   CANADA

ROLLED ALLOYS INC
DEPT #33901 PO BOX 67000
DETROIT, MI 48267

ROLLED ALLOYS, LP
PO BOX 67000
DEPT# 33901
DETROIT, MI 48267-0339

ROSEMOUNT INC
22737 NETWORK PLACE
CHICAGO, IL 60673

ROSENSTEIN FIST & RINGOLD
ATTN: JOHN HOWLAND
PARK CENTRE
525 S. MAIN
SUITE 700
TULSA, OK 74103

ROXUL INC
8024 ESQUESING LINE
MILTON, ON L9T 6W3   CANADA

ROZELL INC
610 BISHOP STREET NORTH
CAMBRIDGE, ON N3H 4V6   CANADA

RULE COMPANY INC
ATTN: JOE STOCKTON
616 SOUTH ROCKFORD AVE.
TULSA, OK 74120

RUTIN KFT.
ATTN: ZOLTAN VEGH
H-1124 BUDAPEST FURJ U.2
 HUNGARY

RUTIN LTD
45 BAJCSY-ZSILINNSZKY ST
DOMBROVAR, H-7200,  HUNGARY  HUNGARY

SAFETY-KLEEN CORP
ATTN: BRIAN HARTENDER
PO BOX 382066
PITTSBURGH, PA 15250-8066

SAMUEL SON & CO LTD
24784 NETWORK PLACE
CHICAGO, IL 60673

SATELLITE SPECIALIZED TRANSPORTATION INC
63211 SERVICES RD
BEND, OR 97701

SAVVY STAFFING SOLUTIONS, LLC
ATTN: WEIMING SUN
45 LINDEN STREET
WORCESTER, MA 01609

Attachment - Innova 4.3.2019 Creditor Matrix.txt

SAWATUDOM ENGINEERING (RAYONG) CO. LTD
11/1 CHAROENPATTANA ROAD, HUAYPONG
MUANG RAYONG, RAYONG 21150   THAILAND

SCHOLZEN INVESTMENT COMPANY
548 WEST 100 NORTH
HURRICANE, UT 84737

SCHOLZEN PRODUCTS COMPANY INC
PO BOX 628
HURRICANE, UT 84737

SCHULZ, PAUL
222-4000 4TH STREET SE
CALGARY, AB T2G 2W3   CANADA

SCOTIABANK COMMERCIAL CARD
23028 NETWORK PLACE
CHICAGO, IL 60673-1230

SECURITIES AND EXCHANGE COMMISSION
ATTN: REGIONAL DIRECTORS
BURNETT PLAZA
SUITE 1900
801 CHERRY STREET, UNIT 18
FORT WORTH, TX 76102

SERVICE PARTNERS, LLC
ATTN: ACCOUNTS RECEIVABLE
ARLINGTON, TX 76006

SETARO CONSTRUCTION CORP
ATTN: ROB SETARO
220 STAFFORD ST
WORCESTER, MA 01603-1144

SHELDON MECHANICAL CORPORATION
26015 AVENUE HALL
SANTA CLARITA, CA 91355

SHELF COMPANY NO. 79 S DE RL DE CV
JOSE J GARCIA TREVINO NO. 1000 EL MILAGRO
APODACA, NEUVO LEON 66634  MEXICO

SHELF COMPANY NO. 82 S DE RL DE CV
JOSE J GARCIA TREVINO NO 1000
APODACA, NUEVO LEON 66634  MEXICO

SHELF COMPANY NO. 94 S DE RL DE CV
JOSE J GARCIA TREVINO NO 1000 EL MILAGRO
APODACA, MEXICO 66634  MEXICO

SHERWIN WILLIAMS
ATTN: BRENT DAVIS
3699 S 73RD E AVE
TULSA, OK 74145-3231

SHOFFNERKALTHOFF MES INC
PO BOX 10048
KNOXVILLE, TN 37939

SIEMENS ENERGY, INC
5101 WESTINGHOUSE BLVD

Attachment - Innova 4.3.2019 Creditor Matrix.txt

CHARLOTTE, NC 28273

SIMCO COATINGS INC.
ATTN: PAUL JUNEJA
211 GUNTHER LN
BELLE CHASSE, LA 70037-3157

SIX STATES DISTRBUTORS INC
28534 NETWORK PLACE
CHICAGO, IL 60673

SKY BLUE INDUSTRIES INC
PO BOX 187
OGDEN, UT 84402

SMALL BUSINESS ADMINISTRATION
ATTN: OFFICE OF DISTRICT COUNSEL
201 NW 6TH STREET
SUITE 116
OKLAHOMA CITY, OK 73102

SMITH & LOGSDON INC.
ATTN: DAVID VIRGIN
645 BERGMAN STREET
LOUISVILLE, KY 40203

SOCIAL SECURITY ADMINISTRATION
ATTN: BANKRUPTCY COORDINATOR
OFFICE OF GENERAL COUNSEL, REGION VI
131 YOUNG STREET
SUITE A702
DALLAS, TX 75202-5433

SOMASUNDARAM CROWELL MORING LLP
ATTN: NIRAN SEKARAM
3 EMBARCADERO CENTER
26TH FLOOR
SAN FRANCISCO, CA 94111

SOONER FREIGHT FORWARDERS, INC
ATTN: CAROL LOTT
PO BOX 472305
TULSA, OK 74147-2305

SOUND SEAL
ATTN: RICK ACKLEY
PO BOX 844545
BOSTON, MA 02284-4545

SOUTHERN INDUSTRIAL CONSTRUCTORS INC
6101 TRIANGLE DRIVE
RALEIGH, NC 27617

SOUTHWESTERN INDUSTRIES INC.
ATTN: KURT HUFNAGLE
2615 HOMESTEAD PL
RANCHO DOMINGUEZ, CA 90220-5610

SPECIALTY GASKETS
2-295 SUPERIOR BLVD
MISSISSAUGA, ON L5T 2L6  CANADA

SPRINT

Attachment - Innova 4.3.2019 Creditor Matrix.txt

PO BOX 96031
CHARLOTTE, NC 28296-0031

SQM CO., LTD.
#503, 241, GYEDONG-RO
GIMHAE-SI, GYEONGSANGNAM-DO 51004   KOREA, REPUBLIC OF

STELCO ELECTRIC LLC
& CONSOLIDATED ELECTRICAL DISTRIBUTORS
ATLANTA, GA 31193

STERLING COMMERCIAL ROOFING INC
2711 LOCUST STREET
STERLING, IL 61081

STERLING TALENT SOLUTIONS
PO BOX 35626
NEWARK, NJ 07193-5626

STRAUB METAL INTERNATIONAL
ATTN: DEE MCCONNEL
102 SOLOMON ST
ASHLEY, PA 18706-3000

SUDBURY INTERNATIONAL ENGINEERED PRODUCTS LTD
27 MONARCH RD, UNIT #6
GUELPH, ON N1K 1N4   CANADA

SUDBURY INTERNATIONAL ENGINEERED PRODUCTS LTD.
ATTN: GRAHAM SUDBURY
27 MONARCH ROAD
UNIT 6
GUELPH, ON N1K 1N4   CANADA

SUNBELT RENTALS INC
PO BOX 409211
ATLANTA, GA 30384

SUPPLYWORKS (FRMLY AMSAN)
PO BOX 415133
BOSTON, MA 02241-5133

SWAGELOK OKLAHOMA/WEST TULSA
OKLAHOMA FLUID SOLUTIONS
1906 N. YELLOWWOOD
BROKEN ARROW, OK 74102

SWANSON FLO CO.
151 CHESHIRE LANE N SUITE 700
PLYMOUTH, MN 55441

TEAM INDUSTRIAL SERVICES, INC.
ATTN: CECILIA HICKOK
PO BOX 842233
DALLAS, TX 75284-2233

TEVITA TUPOU
PO BOX 311
WASHINGTON, UT 84780

THE ARTHUR LOUIS STEEL COMPANY
185 WATER STREET - PO BOX 229
GENEVA, IA 44041

Attachment - Innova 4.3.2019 Creditor Matrix.txt

THE CHAPIN & BANGS CO, INC.
ATTN: DON HAMILTON  EXT.153
PO BOX 1117
BRIDGEPORT, CT 06601-1117

THE REYNOLDS COMPANY
10 GATES STREET
GREENVILLE, SC 29611

THE SHERWIN WILLIAMS CO
244 N BLUFF ST 3
ST GEORGE, UT 84770

THERMAL CERAMICS
PO BOX 402696
ATLANTA, GA 30384-2696

TIERNEY & DALTON ASSOCIATES INC.
ATTN: MAUREEN DUFFY
PO BOX 652
DOUGLAS, MA 01516-0652

TITAN FABRICATORS INC
PO BOX 930287
ATLANTA, GA 31193

TMF CORPORATE SERVICES (AUST) PTY LTD
PO BOX A2224
SYDNEY SOUTH,  NSW 1235  AUSTRALIA

TMF GLOBAL SERVICES (UK) LIMITED
6 ST ANDREW STREET
LONDON,  EC4A 3AE  UNITED KINGDOM

TOTAL QUALITY LOGISTICS, LLC
PO BOX 634558
CINCINNATI, OH 45263-4558

TRADESMEN INTERNATIONAL LLC
8 GLENN WILLOW DR SUITE 6
ARDEN, NC 28704

TRIMECH SOLUTIONS, LLC
ATTN: RENEE HUNTLEY
4461 COX ROAD
SUITE 302
GLEN ALLEN, VA 23060

TRITECH FALL PROTECTION SYSTEMS LTD
3610 MANCHESTER RD SE
CALGARY, AB T2G 3Z5  CANADA

TRU-FIT PRODUCTS OF UTAH
460 LAKE ROAD
MEDINA, OH 44256

TUCKER MECHANICAL, INC
367 RESEARCH PARKWAY
MERIDEN, CT 06450

TULSA COUNTY TREASURER
ATTN: TULSA COUNTY TREASURER

Attachment - Innova 4.3.2019 Creditor Matrix.txt

500 S. DENVER AVE., 3RD FLOOR
TULSA, OK 74103

TULSA DATACENTER LLC
2448 E. 81ST ST SUITE 2800
TULSA, OK 74137

TULSA PACKING SPECIALIST, INC.
ATTN: DEBBIE DEARMAN
4245 S JACKSON AVE
TULSA, OK 74107

TVS CARTRIDGE AIR FILTERS
ATTN: STACY ABNEY
3040 DUBLIN CIRCLE
BESSEMER, AL 35022

TWILIGHT, S.A. DE C.V.
ALFONSO REYES 2612 COL. DEL PASEO RESIDENCIAL
MONTERREY, NUEVO LEON 64920  MEXICO

ULINE SHIPPING SUPPLY
P. O. BOX 88741
CHICAGO, IL 60680-1741

UNITED RENTALS
PO BOX 100711
ATLANTA, GA 30384-0711

UNITED STATES DEPARTMENT OF AGRICULTURE
CONSOLIDATED FARM SERVICE AGENCY
FEDERAL BUILDING
101 SOUTH MAIN STREET
SUITE 351
TEMPLE, TX 76501-7686

UNITED STATES DEPARTMENT OF AGRICULTURE
RURAL HOUSING SERVICE CONSOLIDATED FARM SERVICE
FEDERAL BUILDING
101 SOUTH MAIN STREET
SUITE 351
TEMPLE, TX 76501-7686

UNITED STATES DEPARTMENT OF AGRICULTURE
ATTN :OFFICE OF GENERAL COUNSEL
100 USDA
SUITE 225
STILLWATER, OK 74074-2656

UNITED STATES DEPARTMENT OF EDUCATION
DEBT COLLECTION SERVICE
111 N. CANAL STREET
SUITE 1009
CHICAGO, IL 60606-7204

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OGC-1
ATTN: REGIONAL CHIEF COUNSEL
DHHS OFFICE OF GENERAL COUNSEL
120 MAIN STREET
SUITE 1330
DALLAS, TX 75202-4348

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Attachment - Innova 4.3.2019 Creditor Matrix.txt

ATTN: ASSET MANAGEMENT
1516 SOUTH BOSTON AVE.
#100
TULSA, OK 74119-4045

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
TCBY TOWER
LITTLE ROCK, AK 72201-348

UNITED STATES DEPARTMENT OF THE INTERIOR
ATTN OFFICE OF THE FIELD SOLICITOR
7906 EAST 33RD STREET
SUITE 100
TULSA, OK 74145

UNITED STATES DEPARTMENT OF VETERAN AFFAIRS
112 HONOR HEIGHTS DRIVE
BUILDING 7
MUSKOGEE, OK 74401

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
ATTN: TERRY SYKES (6RC-EW)
US EPA REGION 6 BANKRUPTCY CONTACT
OFFICE OF REGIONAL COUNSEL
1445 ROSS AVE., SUITE 1200
DALLAS, TX 75202

UNITED STATES POSTAL SERVICE
ATTN: LAW DEPARTMENT
US POSTAL SERVICE
9350 SOUTH 150 EAST
SUITE 800
SANDY, UT 84070-2716

UNIVERSAL VENTILATION LTD.
BAY 4 412 53RD AVENUE S.E.
CALGARY, AB T2H 0N4  CANADA

UPS
PO BOX 650690
DALLAS, TX 75265-0690

UPS SUPPLY CHAIN SOLUTIONS, INC
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

VAA, LLC
2300 BERKSHIRE LANE NORTH SUITE 200
PLYMOUTH, MN 55441

VAW SYSTEMS
1300 INKSTER BLVD
WINNIPEG, MB R2X 1P5  CANADA

VERACITY NETWORKS
357 S 670 W SUITE 300
LINDON, UT 84042

VERIZON LANDLINE
PO BOX 15043
ALBANY, NY 12212-5043

VERIZON WIRELESS

Attachment - Innova 4.3.2019 Creditor Matrix.txt

PO BOX 15062
ALBANY, NY 12212-5062

VIKING ERECTORS CORPORATION
PO BOX 1336
MCMURRAY, PA 15317

VOGT POWER INTERNATIONAL INC.
C/O THE CORPRATION COMPANY
1833 S. MORGAN RD.
OKLAHOMA CITY, OK 73128

WAITES COMPANY INC
ATTN: LARRY BRUSO
PO BOX 907
WORCESTER, MA 01613

WALLACE, DEREK
SUITE 222 4000 4 STREET SE
CALGARY, AB T2G 2W3   CANADA

WARD PROCESS INC
311 HOPPING BROOK RD
AMERICAN ACOUSTICAL PRODUCTS

HOLLISTON, MA 01746-1456

WASHBURN-GARFIELD CORP
ATTN: MARK STRZELEWICZ
100 PRESCOTT STREET -PO BOX 947
WORCESTER, MA 01613-0947

WEBER GALLAGHER SIMPSON STAPLETON FIRES
2000 MARKET STREET, 13TH FLOOR
PHILADELPHIA, PA 19103

WEINTRAUB GENSHLEA CHEDIAK SPROUL
400 CAPITOL MALL, ELEVENTH FLOOR
SACRAMENTO, CA 95814

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION
ATTN: JAMES KACHMAR
400 CAPITOL MALL
11TH FLOOR
SACREMENTO, CA 95814

WIEDENBECK, INC.
2451 KILGUST ROAD
MONONA, WI 53713

WILLCO SALES & SERVICE INC
PO BOX 320003
FAIRFIELD, CT 06825

WILLIAM W GRACE
ATTN: WILLIAM GRACE
9909 E 92ND ST NORTH
OWASSO, OK 74055

WILLIAMS SCOTSMAN
901 S BOND ST. SUITE 600
BALTIMORE, MD 21231-3357

Attachment - Innova 4.3.2019 Creditor Matrix.txt

WINCHESTER PRECISION TECHNOLOGIES, LTD.
ATTN: DEBBIE CLEVELAND
41 HILDRETH ST
WINCHESTER, NH 03470-3121

WORCESTER INDUSTRIAL RUBBER SUPPLY
PO BOX 60119
WORCESTER, MA 01606

XPO LOGISTICS FREIGHT, INC.
ATTN: JIM CUPIT
PO BOX 5160
PORTLAND, OR 97208

YOKOGAWA C/O GK TECHSTAR LLC
ATTN: JENNIFER SKANK
802 WEST 13TH STREET
DEER PARK, TX 77536

ZEECO INC
PO BOX 974988
DALLAS, TX 75397

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. _____ |
| **INNOVA GLOBAL LTD.** | § | |
| | § | **Chapter 15** |
| Debtor in a foreign proceeding. | § | |
| | § | **Joint Administration Pending** |
| | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B).

### INNOVA GLOBAL LTD., a

☒      Corporate Debtor

☐      Party to an adversary proceeding

☐      Party to a contested matter

☐      Member of committee of creditors

Makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest are listed below:

Owned 100% by TRIEMISSIONS HOLDINGS (US) LIMITED PARTNERSHIP (the Chief Executive Office for TRIEMISSIONS HOLDINGS (US) LIMITED PARTNERSHIP is Chief Executive Office: 4600, 400 - 3 Avenue SW Calgary, AB T2P 4H2 (1,790,004.64 common shares issued to TriEmissions Holdings (US) Limited Partnership).

**OR**

☐      There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this ____ day of April, 2019.

93567308.2                      - 1 -

Respectfully submitted,

**ROSENSTEIN, FIST & RINGOLD**

*/s/ John E. Howland*
John E. Howland, OBA No. 4416
johnh@rfrlaw.com

Park Centre
525 South Main, Suite 700
Tulsa, Oklahoma  74103
Telephone:   (918) 585-9211
Facsimile:   (918) 583-5617

and

**NORTON ROSE FULBRIGHT US LLP**
Steve A. Peirce
TX Bar No. 15731200 *(pro hac vice pending)*
steve.peirce@nortonrosefulbright.com

300 Convent Street, Suite 2100
San Antonio, Texas  78205-3792
Telephone:   (210) 224-5575
Facsimile:   (210) 270-7205

**COUNSEL FOR CANADIAN RECEIVER**

93567308.2                                  - 2 -

I hereby certify this to be a true copy of
the original _Order_

Dated this _01_ day of _April 1, 2019_

_for Clerk_ of the Court

FILED
APR 0 1 2019

| COURT FILE NUMBER | 1901-04589 |
| --- | --- |
| COURT | COURT OF QUEEN'S BENCH OF ALBERTA |
| JUDICIAL CENTRE | CALGARY |
| PLAINTIFF | ATB FINANCIAL, AS AGENT |
| DEFENDANTS | INNOVA GLOBAL LTD., INNOVA GLOBAL OPERATING LTD., INNOVA GLOBAL LIMITED PARTNERSHIP, 1938247 ALBERTA LTD., INNOVA GLOBAL HOLDINGS LIMITED PARTNERSHIP, SHELF COMPANY NO. 79S DE R.L. DE C.V., SHELF COMPANY NO. 82S DE R.L. DE C.V., INNOVA GLOBAL INC., INNOVA GLOBAL LLC, BRADEN MANUFACTURING, L.L.C, INNOVA GLOBAL EUROPE B.V., GLOBAL POWER NETHERLANDS B.V., GLOBAL POWER PROFESSIONAL SERVICES NETHERLANDS B.V., BRADEN-EUROPE B.V., INNOVA GLOBAL LIMITED, and INNOVA GLOBAL AUSTRALIA PTY LIMITED |
| DOCUMENT | **RECEIVERSHIP ORDER** |
| ADDRESS FOR SERVICE AND CONTACT INFORMATION OF PARTY FILING THIS DOCUMENT | McCARTHY TÉTRAULT LLP Suite 4000, 421 7th Avenue SW Calgary AB T2P 4K9 Attention: Sean Collins / Walker W. MacLeod / Pantelis Kyriakakis Phone: 403 260 3531 / 3710 / 3536 Fax:    403 260 3501 Email: scollins@mccarthy.ca / wmacleod@mccarthy.ca / pkyriakakis@mccarthy.ca |

**DATE ON WHICH ORDER WAS PRONOUNCED:**   **April 1, 2019**

**NAME OF JUDGE WHO MADE THIS ORDER:**   **Justice B.E.C. Romaine**

**LOCATION OF HEARING**   **Calgary, Alberta**

UPON the application (the "**Application**") of ATB Financial ("**ATB**") in respect of the Persons listed in Schedule "**A**" hereto (such Persons being the "**Debtors**"); **AND UPON** having read the Application, the Affidavit of Alex Corbett, sworn on March 31, 2019, and the Affidavit of Katie Doran, sworn on April 1, 2019, filed; **AND UPON** reading the consent of PricewaterhouseCoopers Inc., LIT to act as receiver and manager (the "**Receiver**") of all of the assets, properties, and undertakings of the Debtors, filed; **AND UPON** hearing counsel for ATB and any other persons present; **IT IS HEREBY ORDERED AND DECLARED THAT:**

- 2 -

## SERVICE

1.      The time for service of the notice of application for this order (the "**Order**") is hereby abridged and deemed good and sufficient and this application is properly returnable today.

## APPOINTMENT

2.      Pursuant to section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3 (the "**BIA**"), and sections 13(2) of the *Judicature Act*, R.S.A. 2000, c.J-2, 99(a) of the *Business Corporations Act*, R.S.A. 2000, c.B-9, and 65(7) of the *Personal Property Security Act*, R.S.A. 2000, c. P-7, PricewaterhouseCoopers Inc., LIT is hereby appointed Receiver, without security, of all of the Debtors current and future assets, undertakings and properties of every nature and kind whatsoever, and wherever situate, including all proceeds thereof (the "**Property**").

## RECEIVER'S POWERS

3.      The Receiver is hereby empowered and authorized, but not obligated, to act at once in respect of the Property and, without in any way limiting the generality of the foregoing, the Receiver is hereby expressly empowered and authorized to do any of the following where the Receiver considers it necessary or desirable:

      (a)      to take possession of and exercise control over the Property and any and all proceeds, receipts and disbursements arising out of or from the Property;

      (b)      to receive, preserve and protect the Property, or any part or parts thereof, including, but not limited to, the changing of locks and security codes, the relocating of Property to safeguard it, the engaging of independent security personnel, the taking of physical inventories and the placement of such insurance coverage as may be necessary or desirable;

      (c)      to manage, operate and carry on the business of the Debtors, including the powers to enter into any agreements, incur any obligations in the ordinary course of business, cease to carry on all or any part of the business, or cease to perform any contracts of the Debtors;

      (d)      to engage consultants, appraisers, agents, experts, auditors, accountants, managers, counsel and such other persons from time to time and on whatever basis, including on a temporary basis, to assist with the exercise of the

- 3 -

Receiver's powers and duties, including without limitation those conferred by this Order;

(e)     to purchase or lease machinery, equipment, inventories, supplies, premises or other assets to continue the business of the Debtors or any part or parts thereof;

(f)     to receive and collect all monies and accounts now owed or hereafter owing to the Debtors and to exercise all remedies of the Debtors in collecting such monies, including, without limitation, to enforce any security held by the Debtors;

(g)     to settle, extend or compromise any indebtedness owing to or by the Debtors;

(h)     to execute, assign, issue and endorse documents of whatever nature in respect of any of the Property, whether in the Receiver's name or in the name and on behalf of the Debtors, for any purpose pursuant to this Order;

(i)     to undertake environmental or workers' health and safety assessments of the Property and operations of the Debtors;

(j)     to initiate, prosecute and continue the prosecution of any and all proceedings and to defend all proceedings now pending or hereafter instituted with respect to the Debtors, the Property or the Receiver, and to settle or compromise any such proceedings.  The authority hereby conveyed shall extend to such appeals or applications for judicial review in respect of any order or judgment pronounced in any such proceeding, and provided further that nothing in this Order shall authorize the Receiver to defend or settle the action in which this Order is made unless otherwise directed by this Court.  Without limiting the generality of the foregoing, the Receiver is expressly authorized and empowered to commence, advance and prosecute proceedings in the United States for the purposes of obtaining an order from a court of competent jurisdiction in the United States recognizing the within proceedings under Chapter 15 of Title 11 of the *United States Bankruptcy Code* (the "**US Code**") and to act as a foreign representative for and on behalf of any of the Debtors in any proceeding that is commenced under the US Code;

174791/480397
MT DOCS 19021547v1

- 4 -

(k)     to market any or all the Property, including advertising and soliciting offers in respect of the Property or any part or parts thereof and negotiating such terms and conditions of sale as the Receiver in its discretion may deem appropriate;

(l)     to sell, convey, transfer, lease or assign the Property or any part or parts thereof out of the ordinary course of business:

   (i)     without the approval of this Court in respect of any transaction not exceeding $250,000, provided that the aggregate consideration for all such transactions does not exceed $1,000,000; and

   (ii)     with the approval of this Court in respect of any transaction in which the purchase price or the aggregate purchase price exceeds the applicable amount set out in the preceding clause,

and in each such case notice under subsection 60(8) of the *Personal Property Security Act*, R.S.A. 2000, c. P-7 or any other similar legislation in any other province or territory shall not be required.

(m)     to apply for any vesting order or other orders (including, without limitation, confidentiality or sealing orders) necessary to convey the Property or any part or parts thereof to a purchaser or purchasers thereof, free and clear of any liens or encumbrances affecting such Property;

(n)     to report to, meet with and discuss with such affected Persons (as defined below) as the Receiver deems appropriate all matters relating to the Property and the receivership, and to share information, subject to such terms as to confidentiality as the Receiver deems advisable;

(o)     to register a copy of this Order and any other orders in respect of the Property against title to any of the Property, and when submitted by the Receiver for registration this Order shall be immediately registered by the Registrar of Land Titles of Alberta, or any other similar government authority, notwithstanding Section 191 of the *Land Titles Act*, RSA 2000, c. L-4, or the provisions of any other similar legislation in any other province or territory, and notwithstanding that the appeal period in respect of this Order has not elapsed and the Registrar of Land Titles shall accept all Affidavits of Corporate Signing Authority submitted by

- 5 -

the Receiver in its capacity as Receiver of the Debtors and not in its personal capacity;

(p)     to apply for any permits, licences, approvals or permissions as may be required by any governmental authority and any renewals thereof for and on behalf of and, if thought desirable by the Receiver, in the name of the Debtors;

(q)     to enter into agreements with any trustee in bankruptcy appointed in respect of the Debtors, including, without limiting the generality of the foregoing, the ability to enter into occupation agreements for any property owned or leased by the Debtors;

(r)     to exercise any shareholder, partnership, joint venture or other rights which the Debtors may have; and

(s)     to take any steps reasonably incidental to the exercise of these powers or the performance of any statutory obligations;

and in each case where the Receiver takes any such actions or steps, it shall be exclusively authorized and empowered to do so, to the exclusion of all other Persons, including the Debtors, and without interference from any other Person (as defined below).

## DUTY TO PROVIDE ACCESS AND CO-OPERATION TO THE RECEIVER

4.      (i) The Debtors, (ii) all of its current and former directors, officers, employees, agents, accountants, legal counsel and shareholders, and all other persons acting on its instructions or behalf, and (iii) all other individuals, firms, corporations, governmental bodies or agencies, or other entities having notice of this Order (all of the foregoing, collectively, being "**Persons**" and each being a "**Person**") shall forthwith advise the Receiver of the existence of any Property in such Person's possession or control, shall grant immediate and continued access to the Property to the Receiver, and shall deliver all such Property (excluding Property subject to liens the validity of which is dependent on maintaining possession) to the Receiver upon the Receiver's request.

5.      All Persons shall forthwith advise the Receiver of the existence of any books, documents, securities, contracts, orders, corporate and accounting records, and any other

- 6 -

papers, records and information of any kind related to the business or affairs of the Debtors, and any computer programs, computer tapes, computer disks or other data storage media containing any such information (the foregoing, collectively, the "**Records**") in that Person's possession or control, and shall provide to the Receiver or permit the Receiver to make, retain and take away copies thereof and grant to the Receiver unfettered access to and use of accounting, computer, software and physical facilities relating thereto, provided however that nothing in this paragraph or in paragraph 6 of this Order shall require the delivery of Records, or the granting of access to Records, which may not be disclosed or provided to the Receiver due to the privilege attaching to solicitor-client communication or documents prepared in contemplation of litigation or due to statutory provisions prohibiting such disclosure.

6.     If any Records are stored or otherwise contained on a computer or other electronic system of information storage, whether by independent service provider or otherwise, all Persons in possession or control of such Records shall forthwith give unfettered access to the Receiver for the purpose of allowing the Receiver to recover and fully copy all of the information contained therein whether by way of printing the information onto paper or making copies of computer disks or such other manner of retrieving and copying the information as the Receiver in its discretion deems expedient, and shall not alter, erase or destroy any Records without the prior written consent of the Receiver. Further, for the purposes of this paragraph, all Persons shall provide the Receiver with all such assistance in gaining immediate access to the information in the Records as the Receiver may in its discretion require including providing the Receiver with instructions on the use of any computer or other system and providing the Receiver with any and all access codes, account names, and account numbers that may be required to gain access to the information.

## NO PROCEEDINGS AGAINST THE RECEIVER

7.     No proceeding or enforcement process in any court or tribunal (each, a "**Proceeding**"), shall be commenced or continued against the Receiver except with the written consent of the Receiver or with leave of this Court.

## NO PROCEEDINGS AGAINST THE DEBTOR OR THE PROPERTY

8.     No Proceeding against or in respect of the Debtors or the Property shall be commenced or continued except with the written consent of the Receiver or with leave of this Court and any and all Proceedings currently under way against or in respect of the Debtors or the Property are

- 7 -

hereby stayed and suspended pending further Order of this Court, provided, however, that nothing in this Order shall: (i) prevent any Person from commencing a proceeding regarding a claim that might otherwise become barred by statute or an existing agreement if such proceeding is not commenced before the expiration of the stay provided by this paragraph; and (ii) affect a Regulatory Body's investigation in respect of the debtor or an action, suit or proceeding that is taken in respect of the debtor by or before the Regulatory Body, other than the enforcement of a payment order by the Regulatory Body or the Court. "Regulatory Body" means a person or body that has powers, duties or functions relating to the enforcement or administration of an Act of Parliament or of the legislature of a Province.

## NO EXERCISE OF RIGHTS OF REMEDIES

9.      All rights and remedies of any Person, whether judicial or extra-judicial, statutory or non-statutory (including, without limitation, set-off rights) against or in respect of the Debtors or the Receiver or affecting the Property are hereby stayed and suspended and shall not be commenced, proceeded with or continued except with leave of this Court, including, without limitation, any rights or remedies or provisions in any agreement, construction, ownership and operating agreement, joint venture agreement or any such similar agreement or agreements to which the Debtors is a party that purport to effect or cause a cessation of operatorship as a result of the occurrence of any default or non-performance by or the insolvency of the Debtors, the making or filing of these proceedings or any allegation, admission or evidence in these proceedings and under no circumstances shall the Debtors be replaced as operator pursuant to any such agreements without further order of this Court] provided, however, that this stay and suspension does not apply in respect of any "eligible financial contract" (as defined in the BIA), and further provided that nothing in this Order shall:

    (a)    empower the Debtors to carry on any business that the Debtors is not lawfully entitled to carry on;

    (b)    prevent the filing of any registration to preserve or perfect a security interest;

    (c)    prevent the registration of a claim for lien; or

    (d)    exempt the Debtors from compliance with statutory or regulatory provisions relating to health, safety or the environment.

10.     Nothing in this Order shall prevent any party from taking an action against the Applicant where such an action must be taken in order to comply with statutory time limitations in order to preserve their rights at law, provided that no further steps shall be taken by such party except in accordance with the other provisions of this Order, and notice in writing of such action be given to the Monitor at the first available opportunity.

## NO INTERFERENCE WITH THE RECEIVER

11.     No Person shall accelerate, suspend, discontinue, fail to honour, alter, interfere with, repudiate, terminate or cease to perform any right, renewal right, contract, agreement, licence or permit in favour of or held by the Debtors, except with the written consent of the Debtors and the Receiver, or leave of this Court.  Nothing in this Order shall prohibit any party to an eligible financial contract (as defined in the BIA) from closing out and terminating such contract in accordance with its terms.

## CONTINUATION OF SERVICES

12.     All persons having:

> (a)     statutory or regulatory mandates for the supply of goods and/or services; or

> (b)     oral or written agreements or arrangements with the Debtors, including without limitation all computer software, communication and other data services, centralized banking services, payroll services, insurance, transportation, services, utility or other services to the Debtors

are hereby restrained until further order of this Court from discontinuing, altering, interfering with, suspending or terminating the supply of such goods or services as may be required by the Debtors or exercising any other remedy provided under such agreements or arrangements. The Debtors shall be entitled to the continued use of its current premises, telephone numbers, facsimile numbers, internet addresses and domain names, provided in each case that the usual prices or charges for all such goods or services received after the date of this Order are paid by the Debtors in accordance with the payment practices of the Debtors, or such other practices as may be agreed upon by the supplier or service provider and each of the Debtors and the Receiver, or as may be ordered by this Court.

- 9 -

**RECEIVER TO HOLD FUNDS**

13.     All funds, monies, cheques, instruments, and other forms of payments received or collected by the Receiver from and after the making of this Order from any source whatsoever, including without limitation the sale of all or any of the Property and the collection of any accounts receivable in whole or in part, whether in existence on the date of this Order or hereafter coming into existence, shall be deposited into one or more new accounts to be opened by the Receiver (the "**Post Receivership Accounts**") and the monies standing to the credit of such Post Receivership Accounts from time to time, net of any disbursements provided for herein, shall be held by the Receiver to be paid in accordance with the terms of this Order or any further order of this Court.

**EMPLOYEES**

14.     Subject to employees' rights to terminate their employment, all employees of the Debtors shall remain the employees of the Debtors until such time as the Receiver, on the Debtor's behalf, may terminate the employment of such employees. The Receiver shall not be liable for any employee-related liabilities, including any successor employer liabilities as provided for in section 14.06(1.2) of the BIA, other than such amounts as the Receiver may specifically agree in writing to pay, or in respect of its obligations under sections 81.4(5) or 81.6(3) of the BIA or under the *Wage Earner Protection Program Act*, S.C. 2005, c. 47 ("**WEPPA**").

15.     Pursuant to clause 7(3)(c) of the *Personal Information Protection and Electronic Documents Act*, S.C. 2000, c. 5, the Receiver shall disclose personal information of identifiable individuals to prospective purchasers or bidders for the Property and to their advisors, but only to the extent desirable or required to negotiate and attempt to complete one or more sales of the Property (each, a "**Sale**"). Each prospective purchaser or bidder to whom such personal information is disclosed shall maintain and protect the privacy of such information and limit the use of such information to its evaluation of the Sale, and if it does not complete a Sale, shall return all such information to the Receiver, or in the alternative destroy all such information. The purchaser of any Property shall be entitled to continue to use the personal information provided to it, and related to the Property purchased, in a manner which is in all material respects identical to the prior use of such information by the Debtors, and shall return all other personal information to the Receiver, or ensure that all other personal information is destroyed.

- 10 -

## LIMITATION ON ENVIRONMENTAL LIABILITIES

16.   (a)   Notwithstanding anything in any federal or provincial law, the Receiver is not personally liable in that position for any environmental condition that arose or environmental damage that occurred:

(i)   before the Receiver's appointment; or

(ii)   after the Receiver's appointment unless it is established that the condition arose or the damage occurred as a result of the Receiver's gross negligence or wilful misconduct.

(b)   Nothing in sub-paragraph (a) exempts a Receiver from any duty to report or make disclosure imposed by a law referred to in that sub-paragraph.

(c)   Notwithstanding anything in any federal or provincial law, but subject to sub-paragraph (a) hereof, where an order is made which has the effect of requiring the Receiver to remedy any environmental condition or environmental damage affecting the Property, the Receiver is not personally liable for failure to comply with the order, and is not personally liable for any costs that are or would be incurred by any person in carrying out the terms of the order,

(i)   if, within such time as is specified in the order, within 10 days after the order is made if no time is so specified, within 10 days after the appointment of the Receiver, if the order is in effect when the Receiver is appointed, or during the period of the stay referred to in clause (ii) below, the Receiver:

A.   complies with the order, or

B.   on notice to the person who issued the order, abandons, disposes of or otherwise releases any interest in any real property affected by the condition or damage;

(ii)   during the period of a stay of the order granted, on application made within the time specified in the order referred to in clause (i) above, within 10 days after the order is made or within 10 days after the appointment of the Receiver, if the order is in effect when the Receiver is appointed, by,

- 11 -

A.    the court or body having jurisdiction under the law pursuant to which the order was made to enable the Receiver to contest the order; or

B.    the court having jurisdiction in bankruptcy for the purposes of assessing the economic viability of complying with the order; or

(iii)    if the Receiver had, before the order was made, abandoned or renounced or been divested of any interest in any real property affected by the condition or damage.

## LIMITATION ON THE RECEIVER'S LIABILITY

17.    Except for gross negligence or wilful misconduct, as a result of its appointment or carrying out the provisions of this Order the Receiver shall incur no liability or obligation that exceeds an amount for which it may obtain full indemnity from the Property. Nothing in this Order shall derogate from any limitation on liability or other protection afforded to the Receiver under any applicable law, including, without limitation, Section 14.06, 81.4(5) or 81.6(3) of the BIA.

## RECEIVER'S ACCOUNTS

18.    The Receiver and counsel to the Receiver shall be paid their reasonable fees and disbursements, in each case, incurred at their standard rates and charges. The Receiver and counsel to the Receiver shall be entitled to the benefits of and are hereby granted a charge (the **"Receiver's Charge"**) on the Property, which charge shall not exceed an aggregate amount of $1,000,000 (or such greater amount as this Court may by further order authorize), as security for their professional fees and disbursements incurred at the normal rates and charges of the Receiver and such counsel, both before and after the making of this Order in respect of these proceedings, and the Receiver's Charge shall form a first charge on the Property in priority to all security interests, trusts, deemed trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person but subject to section 14.06(7), 81.4(4) and 81.6(2) and 88 of the BIA.

19.    The Receiver and its legal counsel shall pass their accounts from time to time.

20.    Prior to the passing of its accounts, the Receiver shall be at liberty from time to time to apply reasonable amounts, out of the monies in its hands, against its fees and disbursements,

- 12 -

including the legal fees and disbursements, incurred at the normal rates and charges of the Receiver or its counsel, and such amounts shall constitute advances against its remuneration and disbursements when and as approved by this Court.

## FUNDING OF THE RECEIVERSHIP

21.     The Receiver be at liberty and it is hereby empowered to borrow by way of a revolving credit or otherwise, such monies from time to time as it may consider necessary or desirable, provided that the outstanding principal amount does not exceed $3,000,000 (or such greater amount as this Court may by further order authorize) at any time, at such rate or rates of interest as it deems advisable for such period or periods of time as it may arrange, for the purpose of funding the exercise of the powers and duties conferred upon the Receiver by this Order, including interim expenditures. The whole of the Property shall be and is hereby charged by way of a fixed and specific charge (the "**Receiver's Borrowings Charge**") as security for the payment of the monies borrowed, together with interest and charges thereon, in priority to all security interests, trusts, deemed trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person, but subordinate in priority to the Receiver's Charge and the charges set out in sections 14.06(7), 81.4(4) and 81.6(2) and 88 of the BIA.

22.     Neither the Receiver's Borrowings Charge nor any other security granted by the Receiver in connection with its borrowings under this Order shall be enforced without leave of this Court.

23.     The Receiver is at liberty and authorized to issue certificates substantially in the form annexed as Schedule "A" hereto (the "**Receiver's Certificates**") for any amount borrowed by it pursuant to this Order.

24.     The monies from time to time borrowed by the Receiver pursuant to this Order or any further order of this Court and any and all Receiver's Certificates evidencing the same or any part thereof shall rank on a *pari passu* basis, unless otherwise agreed to by the holders of any prior issued Receiver's Certificates.

25.     The Receiver shall be allowed to repay any amounts borrowed by way of Receiver's Certificates out of the Property or any proceeds, including any proceeds from the sale of any assets without further approval of this Court.

- 13 -

## ALLOCATION

26.    Any interested party may apply to this Court on notice to any other party likely to be affected, for an order allocating the Receiver's Charge and Receiver's Borrowings Charge amongst the various assets comprising the Property.

## GENERAL

27.    The Receiver may from time to time apply to this Court for advice and directions in the discharge of its powers and duties hereunder.

28.    Notwithstanding Rule 6.11 of the *Alberta Rules of Court*, unless otherwise ordered by this Court, the Receiver will report to the Court from time to time, which reporting is not required to be in affidavit form and shall be considered by this Court as evidence. The Receiver's reports shall be filed by the Court Clerk notwithstanding that they do not include an original signature.

29.    Nothing in this Order shall prevent the Receiver from acting as a trustee in bankruptcy of the Debtors.

30.    This Court hereby requests the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in any foreign jurisdiction to give effect to this Order and to assist the Receiver and its agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Receiver, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Receiver in any foreign proceeding, or to assist the Receiver and its agents in carrying out the terms of this Order.

31.    The Receiver be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order and that the Receiver is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

32.    The Plaintiff shall have its costs of this application, up to and including entry and service of this Order, provided for by the terms of the Plaintiff's security or, if not so provided by the Plaintiff's security, then on a substantial indemnity basis, including legal costs on a solicitor-

- 14 -

client full indemnity basis, to be paid by the Receiver from the Debtor's estate with such priority and at such time as this Court may determine.

33.     Any interested party may apply to this Court to vary or amend this Order on not less than 7 days' notice to the Receiver and to any other party likely to be affected by the order sought or upon such other notice, if any, as this Court may order.

## FILING

34.     The Receiver shall establish and maintain a website in respect of these proceedings at www.pwc.com/car/innova (the "**Receiver's Website**") and shall post there as soon as practicable:

> (a)     all materials prescribed by statue or regulation to be made publically available; and

> (b)     all applications, reports, affidavits, orders and other materials filed in these proceedings by or on behalf of the Receiver, or served upon it, except such materials as are confidential and the subject of a sealing order or pending application for a sealing order.

35.     Service of this Order shall be deemed good and sufficient by:

> (a)     serving the same on:

>> (i)     the persons listed on the service list created in these proceedings or otherwise served with notice of these proceedings;

>> (ii)    any other person served with notice of the application for this Order;

>> (iii)   any other parties attending or represented at the application for this Order; and

>> (iv)    posting a copy of this Order on the Receiver's Website

and service on any other person is hereby dispensed with.

- 15 -

36.     Service of this Order may be effected by facsimile, electronic mail, personal delivery or courier. Service is deemed to be effected the next business day following transmission or delivery of this Order.

_____
Justice of the Court of Queen's Bench of Alberta

- 16 -

## SCHEDULE "A" TO THE FORM OF RECEIVERSHIP ORDER
## DEBTORS

Innova Global Ltd.
Innova Global Operating Ltd.
Innova Global Limited Partnership
1938247 Alberta Ltd.
Innova Global Holdings Limited Partnership
Innova Global Inc.
Innova Global LLC
Braden Manufacturing, L.L.C.

- 17 -

## SCHEDULE "B" TO THE FORM OF RECEIVERSHIP ORDER
## RECEIVER'S CERTIFICATE

CERTIFICATE NO.   _____

AMOUNT        $_____

1.    **THIS IS TO CERTIFY** that PricewaterhouseCoopers Inc., LIT, the receiver and manager (the "**Receiver**") of all of the assets, undertakings and properties of the Debtors appointed by Order of the Court of Queen's Bench of Alberta (the "**Court**") dated the 1st day of April, 2019 (the "**Order**") made in action number 1901-04589, has received as such Receiver from the holder of this certificate (the "**Lender**") the principal sum of $_____, being part of the total principal sum of $_____ which the Receiver is authorized to borrow under and pursuant to the Order.

2.    The principal sum evidenced by this certificate is payable on demand by the Lender with interest thereon calculated and compounded daily after the date hereof at a notional rate per annum equal to the rate of 5 per cent above the prime commercial lending rate of ATB Financial from time to time.

3.    Such principal sum with interest thereon is, by the terms of the Order, together with the principal sums and interest thereon of all other certificates issued by the Receiver pursuant to the Order or to any further order of the Court, a charge upon the whole of the Property, in priority to the security interests of any other person, but subject to the priority of the charges set out in the Order and the *Bankruptcy and Insolvency Act*, and the right of the Receiver to indemnify itself out of such Property in respect of its remuneration and expenses.

4.    All sums payable in respect of principal and interest under this certificate are payable at the main office of the Lender at ATB Financial, Suite 600, 585 – 8th Avenue SW, Calgary, Alberta, T2P 1G1.

5.    Until all liability in respect of this certificate has been terminated, no certificates creating charges ranking or purporting to rank in priority to this certificate shall be issued by the Receiver to any person other than the holder of this certificate without the prior written consent of the holder of this certificate.

- 18 -

6.      The charge securing this certificate shall operate so as to permit the Receiver to deal with the Property) as authorized by the Order and as authorized by any further or other order of the Court.

7.      The Receiver does not undertake, and it is not under any personal liability, to pay any sum in respect of which it may issue certificates under the terms of the Order.

8.      Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Order.

DATED the _____ day of _____, 20___.

**PricewaterhouseCoopers Inc., LIT, solely in its capacity as Receiver of the Property (as defined in the Order), and not in its personal capacity**

Per:     _____

Name:

Title: