UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF OKLAHOMA Filed/Docketed Apr 18, 2019

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 19-10653-R** |
| **INNOVA GLOBAL LTD., *et al.*,**[1] | ) | |
| | ) | **Jointly Administered** |
| **Debtors in a foreign proceeding.** | ) | |
| | ) | **Chapter 15** |

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS**

**It is HEREBY STIPULATED AND ORDERED that:**

(1) counsel for the party who introduces exhibits into evidence at the hearing shall maintain custody of the original exhibits;

(2) counsel maintaining custody of the original exhibits shall insure the integrity and availability of the exhibits until ninety (90) days after the case is closed; and

(3) counsel maintaining custody of the original exhibits shall tender them to the Clerk in their original form in the event that such exhibits are designated as part of the record on appeal, or in the event that counsel can no longer maintain custody, integrity, or availability of the exhibits (i.e., change in location, retirement from practice, etc.).

A complete listing of all exhibits offered by each party is attached hereto.

SO ORDERED this 18th day of April, 2019.

DANA L. RASURE, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

STIPULATED AND AGREED TO:

Print Name: John Howland
Attorney for Canadian Receiver

Print Name: Andrew R Turner
Attorney for Atlantic Specialty Ins Co

Chad J. Kutmas
Print Name:
Attorney for CB&I, NC, Inc.

Print Name: Heath Hardcastle
Attorney for Braden Properties IV

[1] The Debtors are: 1) Innova Global Ltd., (2) Innova Global Operating Ltd., (3) Innova Global Limited Partnership, (4) 1938247 Alberta Ltd., (5) Innova Global Holdings Limited Partnership, (6) Innova Global Inc. (formerly AEM Emissions Management Inc., formerly ATCO Emissions Management Inc.), (7) Innova Global LLC (formerly AEM Noise Management LLC, formerly ATCO Noise Management LLC), and (8) Braden Manufacturing, L.L.C.

| | Witness |
|---|---|
| 3 | Alex Corbett of ATB Financial (by Affidavit only; see Exhibit 3) |
| 4 | Katie Doran of McCarthy Tetrault (by Affidavit only; see Exhibit 4) |
| 5 | Howard Gorman of Norton Rose Fulbright Canada (by Declaration only; see Exhibit 5) |
| 6 | John Howland (by Declaration only; see Exhibit 9) |

***APPENDIX OF EXHIBITS***

| Exhibit | Description | Comment |
|---|---|---|
| 1 | Receivership Order entered by the Court of Queen's Bench of Alberta in the Judicial Centre of Calgary | Filed at 19-10653-R Dkt. 3-1 Admitted into evidence at 4-5-19 hearing |
| 2 | Application of ATB Financial in Canadian Proceeding seeking appointment of receiver | Filed at 19-10653-R Dkt. 3-2 Admitted into evidence at 4-5-19 hearing |
| 3 | Affidavit of Alex Corbett of ATB Financial filed in Canadian Proceeding | |
| 4 | Affidavit of Katie Doran of McCarthy Tetrault filed in Canadian Proceeding | Filed at 19-10653-R Dkt. 3-4 Admitted into evidence at 4-5-19 hearing |
| 5 | Unsworn Declaration Under Penalty of Perjury of Foreign Counsel | Filed at 19-10653-R Dkt. 3-5 Admitted into evidence at 4-5-19 hearing |
| 6 | Unsworn Declaration Under Penalty of Perjury of Receiver | Filed at 19-10653-R Dkt. 3-6 Admitted into evidence at 4-5-19 hearing |
| 7 | Statement of Information filed with California Secretary of State | Filed at 19-10653-R Dkt. 3-7 |

A

A

A

A

A

A

A

| Exhibit | Description | Comment |
|---|---|---|
| | | Admitted into evidence at 4-5-19 hearing |
| 8 | Corporation Organizational Chart (color), with owner breakdown attached. | Filed at 19-10653-R Dkt. 3-8 Admitted into evidence at 4-5-19 hearing |
| 9 | Unsworn Declaration Under Penalty Of Perjury Of Attorney In Support Of Receiver's Emergency Ex Parte Application For Temporary Restraining Order And Relief Pursuant To Sections 105(a) And 1519 Of The Bankruptcy Code | Filed at 19-10653-R Dkt. 3-9 Admitted into evidence at 4-5-19 hearing |
| 10 | Second Amended and Restated Credit Agreement dated as of October 19, 2018 | |
| 11 | Innova Global Inc. Written Consent of the Board of Directors dated January 31, 2019 | |
| 12 | Norton Rose Fulbright US LLP Engagement Letter | |
| 13 | Wire Transfer Proof Norton Rose Fulbright US LLP (with redactions) | |
| 14 | Innova List of Bank Accounts | |
| 15 | Innova Audited Financial Statements 2017 | |
| 16 | List of Projects | |
| 17 | Innova Global LLC Delaware Corporate Search | |
| 18 | Braden Manufacturing LLC Delaware Corporate Search | |
| 19 | Register of Directors & Secretaries | |

A
A
A
A
A
A
A
A
A
A
A
A