# EXHIBIT F

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-10653 |
| INNOVA GLOBAL INC., ) | |
| ) | Chapter 15 |
| Debtor in a foreign proceeding. ) | |
| ) | |
| ) | |

### DECLARATION OF TERENCE J. DAHL IN SUPPORT OF THE MOTION OF ATLANTIC SPECIALTY INSURANCE COMPANY FOR RELIEF FROM STAY TO ALLOW FOR TERMINATION OF CONTRACT AND USE OF BONDED CONTRACT FUNDS, REQUEST WAIVER OF STAY OF ORDER PURSUANT TO RULE 4001(A)(3), AND NOTICE OF OPPORTUNITY FOR HEARING

I, Terence J. Dahl, declare:

1. I am over eighteen (18) years of age. I am competent to testify and have personal knowledge of the facts set forth below and if called upon to testify to the matters herein, I could and would be competent and willing to do so.

2. I am employed by OneBeacon Surety, an affiliated company to Atlantic Specialty Insurance Company, as Vice President of Surety Claims where I am responsible for, among other things, investigating and responding to claims and lawsuits arising out of surety bonds issued by OneBeacon Surety and/or its affiliates, including Atlantic. My knowledge of the facts stated herein is both personal and based upon my review of OneBeacon Surety's and Atlantic's (collectively referred to as "Atlantic") business records as they are received and maintained in the ordinary course of Atlantic's business.

3. Atlantic is a surety company engaged in the business of issuing surety bonds on behalf of construction contractors throughout the United States for public and private construction projects to secure the contractor's performance of a bonded contract and/or secure the contractor's payment of vendors on the project for work performed.

4.  I have been assigned to handle the claims asserted against bonds issued by Atlantic on behalf of Innova Global, Inc. ("Debtor").

5.  I have reviewed the Motion of Atlantic Specialty Insurance Company Relief from Stay to Allow for Termination of Contract and Use of Bonded Contract Funds, Request Waiver of Stay of Order Pursuant to Rule 4001(a)(3), and Notice of Opportunity For Hearing ("Motion") and every statement of fact contained therein, which is incorporated by reference herein, is true and correct to the best of my knowledge, information and belief.

6.  The Exhibits attached to and incorporated into the Motion are true and correct copies of the Contracts, Bonds, and Indemnity Agreement.

Pursuant to 28 U.S.C. §1746, I swear and certify under the penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge, information and belief.

Terence J. Dahl

_____
Signature

STATE OF New York )
                              )
COUNTY OF New York )

SUBSCRIBED AND SWORN TO BEFORE ME, on this 29th day of April, 2019 to certify which witness my hand and official seal.

_____
Notary

**CINDY LI**
Notary Public – State of New York
No.01LI6382324
Qualified in Kings County
My Commission Expires 10/22/2022